**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | System Solutions of Kentucky, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 61-1455750 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9850 Von Allmen Court<br>Ste. 201<br>Louisville, KY 40241<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Jefferson<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | ssofky.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    System Solutions of Kentucky, LLC                                     Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_3333_

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ |
| | | Case number, if known | _____ |

---

Debtor    System Solutions of Kentucky, LLC                                   Case number (if known) _____
_____
Name

| 11. Why is the case filed in **this district?** | Check all that apply: |
|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name        _____

          Phone               _____

---

■ **Statistical and administrative information**

| 13. Debtor's estimation of available funds | . | Check one: |
|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|
| 15. Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>■ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  System Solutions of Kentucky, LLC                                    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 13, 2020
MM / DD / YYYY

X  /s/ David Dudding                                          David Dudding
Signature of authorized representative of debtor              Printed name

Title   CFO

**18. Signature of attorney**

X  /s/ Mary L. Fullington                          Date   March 13, 2020
Signature of attorney for debtor                          MM / DD / YYYY

Mary L. Fullington
Printed name

Wyatt, Tarrant & Combs, LLP
Firm name

250 W. Main Street
Suite 1600
Lexington, KY 40507
Number, Street, City, State & ZIP Code

Contact phone   859- 233-2012      Email address   lexbankruptcy@wyattfirm.com

KY
Bar number and State

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 4

**Fill in this information to identify the case:**

Debtor name   System Solutions of Kentucky, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 13, 2020          X /s/ David Dudding
                                      Signature of individual signing on behalf of debtor

                                      David Dudding
                                      Printed name

                                      CFO
                                      Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    System Solutions of Kentucky, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.........................................................    $      0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................    $      5,987,599.32

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................    $      5,987,599.32

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      21,250,000.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      28,991,677.98

4.    **Total liabilities** ...............................................................
   Lines 2 + 3a + 3b    $      50,241,677.98

**Fill in this information to identify the case:**

Debtor name    System Solutions of Kentucky, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

|  |  | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CIBC Bank USA | Disbursement Account | 4090 | $0.00 |
| 3.2. | CIBC Bank USA | Operating Account | 6106 | $0.00 |
| 3.3. | Wells Fargo Bank | Payroll Account | 8134 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | N/A | | $0.00 |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

Debtor   System Solutions of Kentucky, LLC                Case number *(If known)* _____
         _____
         Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.   None                                                                          $0.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.   Q2 Chamberlain Storage Unit Lease #3701                                     $3,436.00

9.    **Total of Part 2.**                                                  | $3,436.00 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:          11,640.12        -              0.00          = ....        $11,640.12
                                   face amount                  doubtful or uncollectible accounts

      11b. Over 90 days old:             20,212,295.22   -        20,212,295.22   = ....              $0.00
                                   face amount                  doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                  | $11,640.12 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

Debtor   System Solutions of Kentucky, LLC          Case number *(If known)* _____
          Name

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** None | $0.00 | | $0.00 |
| 40. | **Office fixtures** None | $0.00 | | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** See Attachment A/B Assets/Office Equipment | $0.00 | | $13,400.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | None | $0.00 | | $0.00 |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $13,400.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

Debtor   System Solutions of Kentucky, LLC                          Case number *(If known)* _____
         Name

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Conveying apparatus | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites** ssofky.com | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** Quickbooks license | $0.00 | | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** None | $0.00 | | $0.00 |
| 64. | **Other intangibles, or intellectual property** None | $0.00 | | $0.00 |
| 65. | **Goodwill** None | $0.00 | | $0.00 |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71.      **Notes receivable**
         Description (include name of obligor)

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    System Solutions of Kentucky, LLC                                    Case number (If known) _____
          Name

None                                    0.00   -                      0.00   =                    $0.00
                                    Total face amount    doubtful or uncollectible amount

---

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       New Jersey                                              Tax year _____        $146,000.00

       New Mexico                                              Tax year _____         $12,732.00

       Pennsylvania                                            Tax year _____         $20,107.00

---

73.    **Interests in insurance policies or annuities**

       None                                                                                          $0.00

---

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       Claim against W.M. Kelley Co.                                                        $1,407,746.57

       | **Nature of claim** | Unearned pre-payment and unused parts supplied |
       | --- | --- |
       | **Amount requested** | $1,407,746.57 |

---

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

       None                                                                                          $0.00

       | **Nature of claim** | |
       | --- | --- |
       | **Amount requested** | $0.00 |

---

76.    **Trusts, equitable or future interests in property**

       None                                                                                          $0.00

---

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
       Intercompany transaction account between SSK and Lummus shows owed to SSK.  See Notes.      $4,372,537.63

---

78.    **Total of Part 11.**                                                              $5,959,123.20

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    System Solutions of Kentucky, LLC                                     Case number *(If known)* _____
           *Name*

---

| Part 12: | **Summary** | | |
|---|---|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,436.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $11,640.12 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,400.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $5,959,123.20 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $5,987,599.32 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,987,599.32 |

**Attachment A/B**

**Assets/Office Equipment**

| Quantity | Manufacturer | Model | Service Tag | Est. Value | Total Value | Location |
|---|---|---|---|---|---|---|
| 7 | Dell | monitors | | 50 | 350.00 | back left sh |
| 4 | Wireless keyboard | | | 10 | 40.00 | back left sh |
| 1 | cartridge | | | 20 | 20.00 | back left sh |
| miscellaneous box docking stations | | | | | 10.00 | back left sh |
| | BOX OF PHONES | | | | 30.00 | back left sh |
| | Nothing | | | | - | shelf 3 |
| 6 | monitors | | | 50 | 300.00 | shelf 4 |
| miscellaneous box docking stations | | | | | 75.00 | shelf 5 |
| miscellaneous box docking stations | | | | | 75.00 | shelf 5 |
| 1 | DELL | LATITUDE 5590 | 4KZJSQ2 | $250.00 | 250.00 | shelf 5 |
| 1 | DELL | LATITUDE 5590 | JJ7KSQ2 | $250.00 | 250.00 | shelf 5 |
| 1 | DELL | LATITUDE 5590 | H924TQ2 | $250.00 | 250.00 | shelf 5 |
| 1 | DELL | LATITUDE 5590 | 6C24TQ2 | $250.00 | 250.00 | shelf 5 |
| 1 | DELL | LATITUDE 5590 | 6MMKTQ2 | $250.00 | 250.00 | shelf 5 |
| 1 | DELL | LATITUDE 5590 | GGM6QQ2 | $250.00 | 250.00 | shelf 5 |
| 1 | DELL | LATITUDE 5590 | 1C97QQ2 | $250.00 | 250.00 | shelf 5 |
| 1 | DELL | LATITUDE 5590 | HW4P2H | $250.00 | 250.00 | shelf 5 |
| 1 | DELL | Lattitude 5570 | 4Y4P2H | $250.00 | 250.00 | shelf 5 |
| 1 | DELL | LATITUDE 5590 | 9X4P2H2 | $250.00 | 250.00 | shelf 5 |
| 1 | Dell | Precision tower 8910 | 6w01byw1 | $500.00 | 500.00 | back pallet |
| 1 | Dell | Precision tower 8910 | JK8SMT2 | $500.00 | 500.00 | back pallet |
| 1 | Dell | Precision tower 8910 | JK8TMD2 | $500.00 | 500.00 | back pallet |
| 1 | Dell | Precision tower 8910 | B78PC42 | $500.00 | 500.00 | back pallet |
| 1 | Dell | Precision tower 8910 | C4CGKH2 | $500.00 | 500.00 | back pallet |
| 1 | Alienware | Aurora R7 | GN4Z7M2 | $1,000.00 | 1,000.00 | BACK PALLI |
| 1 | Alienware | Aurora R7 | 6N518M2 | $1,000.00 | 1,000.00 | BACK PALLI |
| 1 | Alienware | Aurora R7 | 6NBW7M2 | $1,000.00 | 1,000.00 | BACK PALLI |
| 1 | Alienware | Aurora R7 | 6N508M2 | $1,000.00 | 1,000.00 | BACK PALLI |
| 5 | HP | MFP426 | | $50.00 | 250.00 | Back right c |
| 2 | Cannon | Maxify MB2720 | | $50.00 | 100.00 | Back right c |
| 1 | Dell | monitor | | $50.00 | 50.00 | RIGHT SHEI |
| 1 | ACER | monitor | | $50.00 | 50.00 | RIGHT SHEI |
| 1 | HANNS.G | monitor | | $50.00 | 50.00 | RIGHT SHEI |
| 1 | ASUS | monitor | | $50.00 | 50.00 | RIGHT SHEI |
| 1 | MINUTE MAN Backup | | 1500 X//NAE581 | $100.00 | 100.00 | RIGHT SHEI |
| 1 | DELL | D11S | GW6LBB2 | $100.00 | 100.00 | RIGHT SHEI |
| 1 | ATT | router | HS170413C | $100.00 | 100.00 | RIGHT SHEI |
| 1 | Dell | Monitor | | $50.00 | 50.00 | RIGHT SHEI |
| 1 | DELL | Monitor | | $50.00 | 50.00 | RIGHT SHEI |
| 4 | DELL | Monitor | | $50.00 | 200.00 | Right 2 SHE |
| 5 | DELL | Monitor | | $50.00 | 250.00 | right 2 SHEI |
| 3 | DELL | Monitor | | $50.00 | 150.00 | right 2 SHEI |
| 1 | Dell | XPS 8910 | JKKRHX1 | $300.00 | 300.00 | SHELF 3 LEV |
| 1 | Samsung | Monitor | | $50.00 | 50.00 | right front s |
| 1 | Asus | Monitor | | $50.00 | 50.00 | right front s |
| 1 | Dell | XPS 8910 | 6XCZ9Y1 | $300.00 | 300.00 | FRONT SHE |

| | | | | | |
|---|---|---|---|---|---|
| 1 Dell | XPS 8910 | B7LRC42 | $300.00 | 300.00 | FRONT SHE |
| 1 Dell | XPS 8910 | JKFMHX1 | $300.00 | 300.00 | FRONT SHE |
| 1 Dell | XPS 8910 | 6WNY9Y1 | $300.00 | 300.00 | FRONT SHE |
| 1 Dell | XPS 8910 | JKPLHX1 | $300.00 | 300.00 | FRONT SHE |
| 1 Dell | OPTIPLEX 5040 | GW6LBB2 | $50.00 | 50.00 | FRONT SHE |
| | | | | 13,400.00 | |

**Fill in this information to identify the case:**

Debtor name    System Solutions of Kentucky, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1**   CIBC Bank USA<br><sub>Creditor's Name</sub><br>3343 Peachtree Rd Ste. 750<br>Attn: Timothy P. Roberts<br>Atlanta, GA 30326<br><sub>Creditor's mailing address</sub> | **Describe debtor's property that is subject to a lien**<br>All assets | $21,250,000.00 | $5,987,599.32 |
| <br><sub>Creditor's email address, if known</sub> | **Describe the lien**<br>Collateral Agreement dtd as of 12/28/17, & related agreement securing CIBC debt.<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>12/28/2017<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$21,250,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

**Fill in this information to identify the case:**

Debtor name    System Solutions of Kentucky, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Accurate Electric, Inc.<br>2309 West Arbrook Blvd<br>Arlington, TX 76015 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $985,575.35 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Goods or services provided<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Advance Fabricators<br>980 Progress Blvd<br>New Albany, IN 47150 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | Unknown |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Contract damages<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>ADVANCED SOLUTIONS<br>1901 Nelson Miller Pkwy<br>Louisville, KY 40223 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $85.17 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Goods or services provided<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>AHERN RENTALS<br>1401 Mineral Ave<br>Las Vegas, NV 89106 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78,092.27 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number**  3166 | **Basis for the claim:**  Goods or services provided<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor  System Solutions of Kentucky, LLC                      Case number (if known) _____
        Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,542.44 |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address
AI International, Inc.
8055A National Turnpike
Louisville, KY 40214

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$47,542.44

---

**3.6** Nonpriority creditor's name and mailing address
AIR COMPRESSOR WORKS
7292 NW 25th Street
Miami, FL 33122

Date(s) debt was incurred _
Last 4 digits of account number  6154

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$2,200.00

---

**3.7** Nonpriority creditor's name and mailing address
Airgas USA CA
PO Box 7423
Pasadena, CA 91109

Date(s) debt was incurred _
Last 4 digits of account number  9269

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$22,382.68

---

**3.8** Nonpriority creditor's name and mailing address
Airgas USA GA
PO Box 532609
Atlanta, GA 30353

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$80.10

---

**3.9** Nonpriority creditor's name and mailing address
AIRGAS USA IL
PO Box 802576
Chicago, IL 60680-2576

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$2,044.93

---

**3.10** Nonpriority creditor's name and mailing address
Airgas USA TX
PO Box 676015
Dallas, TX 75267

Date(s) debt was incurred _
Last 4 digits of account number  9269

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$7,485.18

---

**3.11** Nonpriority creditor's name and mailing address
Alliant Technologies
2080 Nelson Miller Pkwy
Louisville, KY 40223

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$2,257,541.77

| Debtor | System Solutions of Kentucky, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address**
Allied Electronics and Automation
7151 Jack Newell Blvd S.
Fort Worth, TX 76118

**Date(s) debt was incurred** _
**Last 4 digits of account number** 5089

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$19,283.17

---

**3.13** | **Nonpriority creditor's name and mailing address**
ARGI Building Group, LLC
2201 High Wickham Place
Louisville, KY 40245

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

Is the claim subject to offset? ■ No ☐ Yes

$2,212,445.00

---

**3.14** | **Nonpriority creditor's name and mailing address**
ATRONIX Engineering, Inc.
3100 Medlock Bridge Rd, Suite 110
Peachtree Corners, GA 30071

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Contract damages

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.15** | **Nonpriority creditor's name and mailing address**
B&B Conveyors LLC
1006 Turner Camp Road
Inverness, FL 34453

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$620,961.00

---

**3.16** | **Nonpriority creditor's name and mailing address**
BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
6th Floor
Pittsburgh, PA 15222

**Date(s) debt was incurred** _
**Last 4 digits of account number** 9021

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$22,506.64

---

**3.17** | **Nonpriority creditor's name and mailing address**
Baxter Bailey & Associates, Inc.
1630 Goodman Rd.
Suite 1
Southaven, MS 38671

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$15,487.20

---

**3.18** | **Nonpriority creditor's name and mailing address**
BDI
281 Shore Drive, Unit B
Burr Ridge, IL 60527

**Date(s) debt was incurred** _
**Last 4 digits of account number** 3932

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$28,969.17

---

Debtor      System Solutions of Kentucky, LLC                                    Case number (if known) _____
           _____
           Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,591.67 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**3.19** Nonpriority creditor's name and mailing address
Bearing Headquarters
PO Box 6267
Broadview, IL 60155-6267

Date(s) debt was incurred _
Last 4 digits of account number  8014

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$24,591.67

---

**3.20** Nonpriority creditor's name and mailing address
Bryant Products, Inc.
W1388 Elmwood Ave
Ixonia, WI 53036

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$188,429.14

---

**3.21** Nonpriority creditor's name and mailing address
Cactus Welding, Inc.
13905 S. 154th St
Gilbert, AZ 85296

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$110,740.56

---

**3.22** Nonpriority creditor's name and mailing address
Cardinal Carryor
PO Box 32156
Louisville, KY 40232

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$3,854.91

---

**3.23** Nonpriority creditor's name and mailing address
CED, INC/E&H ELECTRIC SUPPLY
PO Box 221229
Louisville, KY 40252

Date(s) debt was incurred _
Last 4 digits of account number  9443

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$2,479.66

---

**3.24** Nonpriority creditor's name and mailing address
Central Expanded Metal
1213 N. Industrial Rd
Chandler, OK 74834

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$12,281.40

---

**3.25** Nonpriority creditor's name and mailing address
CINTAS CORPORATION NO.2
PO Box 625737
Cincinnati, OH 45262

Date(s) debt was incurred _
Last 4 digits of account number  1006

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$1,556.54

| Debtor | System Solutions of Kentucky, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,236.55 |
|---|---|---|---|

**CITY ELECTRIC SUPPLY CO.**
400 South Record Street, Ste. 300
Dallas, TX 75202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Goods or services provided

**Last 4 digits of account number  0002**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343,135.00 |
|---|---|---|---|

**CL Rieckoff**
26265 Northline Rd
Taylor, MI 48180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Goods or services provided

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,241.83 |
|---|---|---|---|

**CONVEYOR CONCEPT**
1110 Westcliffe Dr
Little Rock, AR 72210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Goods or services provided

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,076.56 |
|---|---|---|---|

**COPPER STATE BOLT & NUT CO.**
3622 N. 34th Ave
Phoenix, AZ 85017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Goods or services provided

**Last 4 digits of account number  0200**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,429.36 |
|---|---|---|---|

**COYOTE LOGISTICS LLC**
2545 W Diversey Ave, 3rd Floor
Chicago, IL 60647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Goods or services provided

**Last 4 digits of account number  SYSSOLKY**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $765.00 |
|---|---|---|---|

**Dalmatian Fire**
1651 Watterson Trail
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Goods or services provided

**Last 4 digits of account number  6989**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,804.69 |
|---|---|---|---|

**Delta Services**
4676 Jennings Ln
Louisville, KY 40218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Goods or services provided

**Last 4 digits of account number  Systems**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | System Solutions of Kentucky, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | **Nonpriority creditor's name and mailing address**
Design Fabricators and Integrators
6600 Artisan Way
Louisville, KY 40228

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Damages

Is the claim subject to offset? ■ No ☐ Yes

$861,175.00

---

**3.34** | **Nonpriority creditor's name and mailing address**
DFW Conveyor LLC
405 Bluebonnet Trail
Garland, TX 75043

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$496,456.54

---

**3.35** | **Nonpriority creditor's name and mailing address**
DG Industries
PO Box 753
Mt. Washington, KY 40447

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$14,095.00

---

**3.36** | **Nonpriority creditor's name and mailing address**
Dragon Disposal, LLC
5207 N Black Canyon Hwy
Phoenix, AZ 85015

Date(s) debt was incurred _
Last 4 digits of account number  4472

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$3,391.36

---

**3.37** | **Nonpriority creditor's name and mailing address**
EASI, LLC
PO Box 198531
Atlanta, GA 30384-8531

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$39,101.25

---

**3.38** | **Nonpriority creditor's name and mailing address**
EMIT, Inc.
315 Wilhagan Rd
Nashville, TN 37217

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$1,700,832.15

---

**3.39** | **Nonpriority creditor's name and mailing address**
Equipment Depot LTD
4820 Crittenden Dr, Suite 200
Louisville, KY 40209

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

$3,264.52

---

Debtor    System Solutions of Kentucky, LLC                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address**<br>Everglades Steel Corporation<br>PO Box 667510<br>Miami, FL 33166<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  8978** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Goods or services provided<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,240.76** |

| | | |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address**<br>FABTRATION, LLC<br>526 Maplewood Blvd<br>Georgetown, IN 47122<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Contract damages<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$342,000.00** |

| | | |
|---|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address**<br>Fast Global Solutions<br>PO Box 249<br>Glenwood, MN 56334-0231<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  SYSLOU** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Goods or services provided<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$53,979.48** |

| | | |
|---|---|---|
| **3.43** | **Nonpriority creditor's name and mailing address**<br>Fastenal<br>PO Box 1286<br>Winona, MN 55987-1286<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  0689** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Goods or services provided<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,449.79** |

| | | |
|---|---|---|
| **3.44** | **Nonpriority creditor's name and mailing address**<br>FEDEX FREIGHT<br>PO Box 223125<br>Pittsburgh, PA 15251-2125<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  5491** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Goods or services provided<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$935.00** |

| | | |
|---|---|---|
| **3.45** | **Nonpriority creditor's name and mailing address**<br>Ferrellgas<br>PO Box 173940<br>Denver, CO 80217-3940<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  8154** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Goods or services provided<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27,614.26** |

| | | |
|---|---|---|
| **3.46** | **Nonpriority creditor's name and mailing address**<br>Fives Intralogistics Corp<br>500 East Burnett Ave<br>Louisville, KY 40217-1120<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  0061** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Goods or services provided<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$185,118.90** |

Debtor   System Solutions of Kentucky, LLC                                Case number (if known) _____
         Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,840.63 |

FN Sheppard, Inc.
PO Box 18520
Erlanger, KY 41018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8577_

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,695.84 |

Forbo
8 Maplewood Drive
Humboldt Industrial Park
Hazleton, PA 18202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8564_

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,183.81 |

Godfrey Propane
2947 W Division St
Arlington, TX 76012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,147.57 |

Grainger
1901 Plantside Dr
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4021_

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.01 |

Gulf States Saw & Machine
3416 Davey Allison Blvd
Hueytown, AL 35023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4750_

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.31 |

Habasit Belting
PO Box 277416
Atlanta, GA 30384-7416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,689.25 |

Harbor Steel Supply
PO Box 4250
Muskegon, MI 49444

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **System Solutions of Kentucky, LLC**                              Case number (if known) _____
_____
Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479,225.10 |
|------|---|---|---|

**3.54** Nonpriority creditor's name and mailing address
HEC Manufacturing
222 W. John Rowan
Bardstown, KY 40004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$479,225.10

---

**3.55** Nonpriority creditor's name and mailing address
Herc Rentals, Inc.
27500 Riverview Center Blvd, Ste. 100
Bonita Springs, FL 34134

Date(s) debt was incurred _
Last 4 digits of account number  4651

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$1,070,829.18

---

**3.56** Nonpriority creditor's name and mailing address
Holston Gases
368 Terry Blvd
Louisville, KY 40229

Date(s) debt was incurred _
Last 4 digits of account number  4949

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Contract damages

Is the claim subject to offset? ■ No  ☐ Yes

$33,157.77

---

**3.57** Nonpriority creditor's name and mailing address
Hytrol Conveyor Co., Inc.
2020 Hytrol St
Jonesboro, AR 72401

Date(s) debt was incurred _
Last 4 digits of account number  9939

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$6,042.31

---

**3.58** Nonpriority creditor's name and mailing address
Industrial Belting & Transmission
4061 McCollum Ct
Louisville, KY 40232

Date(s) debt was incurred _
Last 4 digits of account number  SYSSOL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$1,601.04

---

**3.59** Nonpriority creditor's name and mailing address
Industrial Metal Supply Co
5150 S 48th St
Phoenix, AZ 85040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No  ☐ Yes

$1,787.81

---

**3.60** Nonpriority creditor's name and mailing address
INTRALOX
301 Plantatation Road
New Orleans, LA 70123

Date(s) debt was incurred _
Last 4 digits of account number  9761

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Contract damages

Is the claim subject to offset? ■ No  ☐ Yes

$5,042,217.67

---

Debtor __System Solutions of Kentucky, LLC_____     Case number (if known) _____
      Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026,718.33 |
|---|---|---|---|

**3.61** Nonpriority creditor's name and mailing address
IPC Lyndon, LLC
284 Bodwell Street
Avon, MA 02322

As of the petition filing date, the claim is: *Check all that apply.*   $1,026,718.33
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _0149_

Basis for the claim: _Contract damages_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address
Iron Native Welding
14800 W Edgemont Ave
Goodyear, AZ 85395

As of the petition filing date, the claim is: *Check all that apply.*   $552,828.75
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address
J & J TRANSPORTATION
PX Box 99415
Louisville, KY 99415

As of the petition filing date, the claim is: *Check all that apply.*   $11,831.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address
J Rose Construction
1140 Tierra Huichol
Anthony, NM 88021

As of the petition filing date, the claim is: *Check all that apply.*   $27,454.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address
J.E.Manzi & Associates
826 Busse Hwy
Park Ridge, IL 60068

As of the petition filing date, the claim is: *Check all that apply.*   $1,360.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address
JCK USA Limited
1335 Canton Rd
Marietta, GA 30066

As of the petition filing date, the claim is: *Check all that apply.*   $271,617.00
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address
John S. James Co.
PO Box 2166
Savannah, GA 31402

As of the petition filing date, the claim is: *Check all that apply.*   $873.11
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

Debtor    System Solutions of Kentucky, LLC
_____    Case number *(if known)* _____
          Name

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,341.46 |
|------|-----|-----|-----|

Kentuckiana Tool Supply
139 Grant Court
Mount Washington, KY 40047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,633.44 |
|------|-----|-----|-----|

Kentuckiana Wire Rope & Supply
3335 Industrial Pkwy
Jeffersonville, IN 47130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  K310

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $277.04 |
|------|-----|-----|-----|

Konica Minolta
10300 Ormsby Park Pl #502
Louisville, KY 40223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $143,214.50 |
|------|-----|-----|-----|

Landstar Ligon, Inc.
13410 Sutton Park Dr South
Jacksonville, FL 32224

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6535

**Basis for the claim:**  Contract damages

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,393.00 |
|------|-----|-----|-----|

Lanning Chemical Co.
3000 Griffiths Ave
Louisville, KY 40212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $205.64 |
|------|-----|-----|-----|

LawnPro
3007 Sprowl Road
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $332.14 |
|------|-----|-----|-----|

LEAF
2005 Market Street, 14th Floor
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    System Solutions of Kentucky, LLC _____    Case number (if known) _____
          Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,578.09 |
|---|---|---|---|

**3.75**

Nonpriority creditor's name and mailing address
LEWCO
706 Lane Street
Sandusky, OH 44870

Date(s) debt was incurred _
Last 4 digits of account number _1634_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Goods or services provided_

Is the claim subject to offset? ☐ No ☐ Yes

$8,578.09

---

**3.76**

Nonpriority creditor's name and mailing address
Lighthouse Transportation
563 Tevino Ridge
Crestview Hills, KY 41017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Contract damages; unjust enrichment_

Is the claim subject to offset? ☐ No ☐ Yes

$678,150.00

---

**3.77**

Nonpriority creditor's name and mailing address
LLR ELECTRIC, INC.
4802 E Ray Rd Ste 23 PMB 209
Phoenix, AZ 85044

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Contract damages_

Is the claim subject to offset? ■ No ☐ Yes

$2,690,512.38

---

**3.78**

Nonpriority creditor's name and mailing address
Logic Systematic, LLC
10470 Hobson Street
Spring Hill, FL 34608

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

$229,000.00

---

**3.79**

Nonpriority creditor's name and mailing address
Louisville Bats
401 East Main Street
Louisville, KY 40202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

$820.00

---

**3.80**

Nonpriority creditor's name and mailing address
Material Handling Systems, Inc.
131 Griffin Way
Mount Washington, KY 40047

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Contract damages_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.81**

Nonpriority creditor's name and mailing address
McMASTER-CARR
PO Box 7690
Chicago, IL 60680-7690

Date(s) debt was incurred _
Last 4 digits of account number _5100_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

$3,803.78

---

| Debtor | System Solutions of Kentucky, LLC | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,100.00 |
|------|--|--|--|

Mercer Transportation
PO Box 644011
Pittsburgh, PA 15264-4011

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,933.96 |
|------|--|--|--|

Miami Valley Steel
201 Fox Drive
Piqua, OH 45356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

Midwest Machine Service
5632 West Pleasant Blvd
Chicago Ridge, IL 60415

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1623

Basis for the claim:  Damages

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,710.60 |
|------|--|--|--|

Mitchell Mechanical, LLC
365 Waterway Rd
Oxford, PA 19163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.87 |
|------|--|--|--|

Mobile Mini
4646 E Van Buren St, Ste. 400
Phoenix, AZ 85008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260,067.79 |
|------|--|--|--|

Mode Transportation
17330 Preston Road, Ste. 200C
Dallas, TX 75252

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0418

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,250.00 |
|------|--|--|--|

MWS METAL WELDING SERVICE INC.
4671 Cheryl Lane
Kaufman, TX 75142

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  System Solutions of Kentucky, LLC                    Case number (if known) _____
              Name

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,950.00 |

**3.89**
Nonpriority creditor's name and mailing address
Nabholz Industrial Services
307 W. Stribling
PO Box 277
Rogers, AR 72756

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ☐ No ☐ Yes

$8,950.00

---

**3.90**
Nonpriority creditor's name and mailing address
National Construction Rentals, Inc.
15319 Chatsworth St
Mission Hills, CA 91345

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ☐ No ☐ Yes

$7,166.43

---

**3.91**
Nonpriority creditor's name and mailing address
O'Neal Steel Inc.
PO Box 934243
Atlanta, GA 31193-4243

Date(s) debt was incurred _
Last 4 digits of account number  4587

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Damages

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.92**
Nonpriority creditor's name and mailing address
Old Dominion Freight Line
1400 S Louis Coleman Jr Dr
Louisville, KY 40211

Date(s) debt was incurred _
Last 4 digits of account number  8532

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ☐ No ☐ Yes

$33,247.50

---

**3.93**
Nonpriority creditor's name and mailing address
Oradell Construction Co., Inc.
37 Woodland Road, Ste. 3
Roseland, NJ 07068

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ☐ No ☐ Yes

$18,112.50

---

**3.94**
Nonpriority creditor's name and mailing address
PPG
PO Box 536864
Atlanta, GA 30353-6864

Date(s) debt was incurred _
Last 4 digits of account number  0000

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ☐ No ☐ Yes

$10,014.41

---

**3.95**
Nonpriority creditor's name and mailing address
Precision Pulley & Idler
300 S.E. 14th Street
Pella, IA 50219

Date(s) debt was incurred _
Last 4 digits of account number  1000

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ☐ No ☐ Yes

$185,498.33

---

Debtor __System Solutions of Kentucky, LLC_____    Case number (if known) _____
      Name

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

PROLINK RESOURCES
10700 Montgomery Rd
Cincinnati, OH 45242

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Contract damages

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,373.48 |
|---|---|---|---|

Quality Supply & Tool
PO Box 1400
Greenwood, IN 46142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,787.00 |
|---|---|---|---|

R & M Welding Products
105 Williams Way
Wilder, KY 41076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  SSK

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.00 |
|---|---|---|---|

Ralphs-Pugh Co.
3931 Oregon Street
Benicia, CA 94510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  SL00

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.90 |
|---|---|---|---|

Reflex Graphics
1902 Campus Place, #11
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2099

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,035.00 |
|---|---|---|---|

Regal Temporary Services
424 E Lamar Blvd #102
Arlington, TX 76011

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.81 |
|---|---|---|---|

REPUBLIC SERVICES #794
18500 N Allied Way
Phoenix, AZ 85054-6164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3611

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **System Solutions of Kentucky, LLC**                                     Case number (if known) _____
        Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359,255.99 |
|---|---|---|---|

**Ridley Excavating**
PO Box 412
Glen Mills, PA 19342

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  <u>Goods or services provided</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $663,518.08 |
|---|---|---|---|

**Rightline Warehouse Solutions**
2822 Commerce Park Drive, Ste. 400
Orlando, FL 32819

Date(s) debt was incurred __
Last 4 digits of account number  SSK

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  <u>Contruction trust fund account</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,987.20 |
|---|---|---|---|

**RYAN MECHANICAL COMPANY**
1325 N Mondel Dr
Gilbert, AZ 85233

Date(s) debt was incurred __
Last 4 digits of account number  SYSS

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Goods or services provided</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,905.50 |
|---|---|---|---|

**SAGUARO STEEL INDUSTRIES, LLC**
3547 W. Lower Buckeye Rd
Phoenix, AZ 85009

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Goods or services provided</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,845.00 |
|---|---|---|---|

**Schuler Manufacturing**
1500 South 10th Street
Louisville, KY 40210

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Goods or services provided</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,118.20 |
|---|---|---|---|

**SERVPRO of East Louisville**
1929 Production Drive
Louisville, KY 40299

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Goods or services provided</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,296.83 |
|---|---|---|---|

**Sherwin Williams**
9203 Sutton Pl
Hamilton, OH 45011

Date(s) debt was incurred __
Last 4 digits of account number  1786

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Goods or services provided</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  System Solutions of Kentucky, LLC
        Name                                          Case number (if known) _____

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.40 |
|---|---|---|---|

SIEGEL GAS
20052 NW 89th Ave
Medley, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7391

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $943.00 |
|---|---|---|---|

Spray Tech Systems, INC
1025A Enterprise Ave
Oklahoma City, OK 73128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,750.00 |
|---|---|---|---|

St Onge
1400 Williams Rd
York, PA 17402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026,346.00 |
|---|---|---|---|

Stock Manufacturing
10040 Cilley Rd
Cleves, OH 45002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264,045.55 |
|---|---|---|---|

SUMITOMO
PO Box 60638
Charlotte, NC 28260-0638

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

Sunbelt Finance, LLC
2900 Browns Lane
Jonesboro, AR 72401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,582.38 |
|---|---|---|---|

Sunbelt Rentals
5701 Chapel Hill Rd
Raleigh, NC 27697

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6617

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

Debtor   System Solutions of Kentucky, LLC                                    Case number (if known) _____
         Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.117** Nonpriority creditor's name and mailing address
System One Holdings, Inc.
12 Federal Street, Suite 205
Pittsburgh, PA 15212

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Damages

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address
TERRACON
10841 S. Ridgeview Road
Olathe, KS 66061

As of the petition filing date, the claim is: *Check all that apply.*     **$3,088.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address
Thackray Crane Rental, Inc.
2071 Byberry Rd
Philadelphia, PA 19116

As of the petition filing date, the claim is: *Check all that apply.*     **$16,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address
Thoroughbred Transportation
PO Box 991274
Louisville, KY 40269-0415

As of the petition filing date, the claim is: *Check all that apply.*     **$11,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address
Three D Properties LLC
711 Winding Oaks Trail
Louisville, KY 40223

As of the petition filing date, the claim is: *Check all that apply.*     **$61,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** Nonpriority creditor's name and mailing address
TOLLESON STEEL
9204 W Van Buren St
Tolleson, AZ 85353

As of the petition filing date, the claim is: *Check all that apply.*     **$19,595.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address
TOTTEN TUBES, INC
1605 S. 39th Ave
Phoenix, AZ 85009

As of the petition filing date, the claim is: *Check all that apply.*     **$61,580.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  9573

Basis for the claim:  Goods or services provided

Is the claim subject to offset? ■ No ☐ Yes

Debtor    System Solutions of Kentucky, LLC
       Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.124** | **Nonpriority creditor's name and mailing address**<br>Transnorm<br>2810 Avenue E East<br>Arlington, TX 76011 | $312,634.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  K001

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.125** | **Nonpriority creditor's name and mailing address**<br>Uline<br>PO Box 88741<br>Chicago, IL 60680 | $7,022.39 |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8192

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.126** | **Nonpriority creditor's name and mailing address**<br>United Parcel Service, Inc.<br>55 Glenlake Pkwy NE<br>Atlanta, GA 30328 | Unknown |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Contract damages

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.127** | **Nonpriority creditor's name and mailing address**<br>United Rentals<br>6125 Lakeview Road, Suite 300<br>Charlotte, NC 28269 | $987,081.86 |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4271

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.128** | **Nonpriority creditor's name and mailing address**<br>UPS<br>55 Glenlake Pkwy NE<br>Atlanta, GA 30328 | $105.80 |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.129** | **Nonpriority creditor's name and mailing address**<br>UPS Freight<br>28013 Network Place<br>Chicago, IL 60673-1280 | $1,600.03 |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.130** | **Nonpriority creditor's name and mailing address**<br>US Nut & Bolt<br>PO Box 88671<br>Chicago, IL 60680-1671 | $25,190.35 |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  100U

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **System Solutions of Kentucky, LLC**                     Case number (if known) _____
_____
Name

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $108,000.00 |
|---|---|---|---|

**Van Gorp Corporation**
1410 Washington St
Pella, IA 50219

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1180_

**Basis for the claim:** _Contract damages_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vanriet Material Handling Systems**
PO Box 416
3990 GE Houten NETHERLANDS

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _7469_

**Basis for the claim:** _Contract damages_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,240.65 |
|---|---|---|---|

**Verizon**
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37,426.92 |
|---|---|---|---|

**Vern Lewis Welding Supply, Inc.**
133 N 21st Ave
Phoenix, AZ 85009

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0121_

**Basis for the claim:** _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $465.04 |
|---|---|---|---|

**WASTE MANAGEMENT LOUISVILLE HAULING**
7501 Grade Ln
Louisville, KY 40219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $535.82 |
|---|---|---|---|

**Waste Management of PA Inc.**
600 Tyburn Road
Morrisville, PA 19067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,346.61 |
|---|---|---|---|

**WELLS FARGO EQUIPMENT FINANCE**
420 Montgomery Street
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1001_

**Basis for the claim:** _Goods or services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   System Solutions of Kentucky, LLC                    Case number (if known) _____
         _____
         Name

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,240.31 |

WHITE WATER II LLC
301 S 29th St
Phoenix, AZ 85034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $828,826.56 |

WM Kelley Co.
620 Durgee Rd
New Albany, IN 47150

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number**  0238

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.03 |

XPOLogistics
Five American Lane
Greenwich, CT 06831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Goods or services provided

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 28,991,677.98 |
| 5c. Total of Parts 1 and 2  Lines 5a + 5b = 5c. | 5c. $ | 28,991,677.98 |

**Fill in this information to identify the case:**

Debtor name    System Solutions of Kentucky, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2110 High Wickham Place, Louisville, KY 40245 | |
| | State the term remaining | Date to May 1, 2026 | ARGI Building Group, LLC |
| | List the contract number of any government contract | _____ | 2201 High Wickham Place Louisville, KY 40245 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of off-premises storage unit | |
| | State the term remaining | date to December 31, 2021 | Q2 Chamberlain |
| | List the contract number of any government contract | N/A | 3520 Chamberlain Lane Louisville, KY 40241 |

**Fill in this information to identify the case:**

Debtor name __System Solutions of Kentucky, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF KENTUCKY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                              Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Lummus Corp. | 225 Bourne Blvd<br>Savannah, GA 31408 | CIBC Bank USA | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | SSK Lummus LLC | 225 Bourne Blvd<br>Savannah, GA 31408 | CIBC Bank USA | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | System Solutions Holdings, LLC | 225 Bourne Blvd<br>Savannah, GA 31408 | CIBC Bank USA | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    System Solutions of Kentucky, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2020 to Filing Date | ■ Operating a business<br>☐ Other | $0.00 |
| For prior year: From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other | $14,035,453.20 |
| For year before that: From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other | $109,256,674.93 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2020 to Filing Date | Tax refunds | $153,756.96 |
| For prior year: From  1/01/2019 to 12/31/2019 | Liquidated assets; scrap sales; tax refunds | $424,137.47 |
| For year before that: From  1/01/2018 to 12/31/2018 | Scrap sales | $19,131.82 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 1

Debtor    System Solutions of Kentucky, LLC _____    Case number *(if known)* _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | City of Tacoma<br>747 Market Street<br>Tacoma, WA 98402 | 10/10/2020 | $12,213.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2. | Riker Danzig Scherer Hyland & Perretti L<br>One Speedwell Avenue<br>Morristown, NJ 07962 | 12/20/2019 | $11,216.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | Riker Danzig Scherer Hyland & Perretti L<br>One Speedwell Avenue<br>Morristown, NJ 07962 | 01/03/2020 | $100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | Riker Danzig Scherer Hyland & Perretti L<br>One Speedwell Avenue<br>Morristown, NJ 07962 | 02/20/2020 | $3,787.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | Robert Half Management Resources<br>9300 Shelbyville Road, Ste. 920<br>Louisville, KY 40222 | 12/20/2019 | $2,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | Robert Half Management Services<br>9300 Shelbyville Road, Ste. 920<br>Louisville, KY 40222 | 12/30/2019 | $2,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | Robert Half Management Resources<br>9300 Shelbyville Road, Ste. 920<br>Louisville, KY 40222 | 01/10/2020 | $1,995.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  System Solutions of Kentucky, LLC _____  Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.8. | Robert Half Management Services 9300 Shelbyville Road, Ste. 920 Louisville, KY 40220 | 01/17/2020 | $2,828.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.9. | Robert Half Management Services 9300 Shelbyville Road, Ste. 920 Louisville, KY 40222 | 01/24/2020 | $2,828.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.10 | Robert Half Management Resources 9300 Shelbyville Road, Ste. 920 Louisville, KY 40222 | 01/31/2020 | $2,262.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.11 | Schneider Downs Meridian 1 PPG Plaza, Ste. 1700 Pittsburgh, PA 15220 | 03/04/2020 | $15,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.12 | Weinberg, Wheeler, Hedgins, Gunn 3344 Peachtree Rd. NE, Ste. 2400 Atlanta, GA 30326 | 12/20/2019 | $0.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.13 | Weinberg, Wheeler, Hedgins, Gunn 02/12/2020 Atlanta, GA 30326 | 02/12/2020 | $4,307.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Lummus Corporation | 03/13/2019 - 03/13/2020 | $669,915.81 | Consideration for goods purchased and reimbursement of expenses. See Notes. |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   System Solutions of Kentucky, LLC                                    Case number *(if known)*

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| CIBC Bank USA | Set off of account<br>Last 4 digits of account number:   6106 | 03/10/2020 | $129,005.06 |

---

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Fabtration, LLC v. System Solutions of Kentucky, LLC, et al.<br>CV2019-005813 | Breach of Contract Damages<br>$342,000 | Superior Court of the State of Arizona<br>in and for the County of Maricopa<br>601 West Jackson Street<br>Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | LLR Electric, Inc., an Arizona Corporation v. System Solutions of Kentucky, LLC, et al.<br>CV2019-008380 | Breach of Contract Damages<br>$2,690,512.38 | Superior Court of the State of Arizona<br>in and for the County of Maricopa<br>601 West Jackson Street<br>Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Ryan Mechanical Co. v. System Solutions of Kentucky, LLC v. Sunbelt Rentals, Inc.<br>CV2019-006791 | Collection<br>$15,487.20 | Superior Court of the State of Arizona<br>in and for the County of Maricopa<br>601 West Jackson Street<br>Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Baxter, Bailey & Associates Inc. v. IGH Logistics Group, Inc. and System Solutions of Kentucky, LLC, et al.<br>18CHLC01652 | Collection<br>$6,331.00 | Los Angeles Superior Court<br>Chatsworth Courthouse<br>9425 Penfield Avenue<br>Chatsworth, CA 91311 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | System Solutions of Kentucky, LLC<br>v. W.M. Kelley Co., Inc. v. Material Handling Systems, Inc.<br>22C01-1909-PL-001339 | Counterclaim for Damages in Unspecified Amount | In the Floyd Circuit Court State of Indiana<br>311 Hauss Square, Room 413<br>New Albany, IN 47150 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

Debtor  System Solutions of Kentucky, LLC _____  Case number (if known) _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | Van Gorp Corporation v. System Solutions of Kentucky, Inc. 05631 LACV097052 | Breach of Contract Damages $180,000.00 | In the Iowa District Court for Marion County 214 East Main Street Knoxville, IA 50138 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.7. | Advance Fabricators Inc. v. System Solutions of Kentucky, LLC 19-CI-002049 | Breach of Contract Damages in Unspecified Amount | Commonwealth of Kentucky Jefferson Circuit Court 600 West Jefferson Street Room 2008 Louisville, KY 40202 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.8. | Atronix Acquisition Corp. v. System Solutions of Kentucky, LLC 19-CI-004669 | Breach of Contract Damages in Unspecified Amount | Commonwealth of Kentucky Jefferson Circuit Court 600 West Jefferson Street Room 2008 Louisville, KY 40202 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.9. | Design Fabricators and Integrators, LLC v. System Solutions of Kentucky, LLC 19-CI-004817 | Damages Sought $861,175.00 | Commonwealth of Kentucky Jefferson Circuit Court 600 West Jefferson Street Room 2008 Louisville, KY 40202 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.10. | Holston Gases, Inc. v. System Solutions of Kentucky, LLC 19-CI-002309 | Breach of Contract Damages $33,157.77 | Commonwealth of Kentucky Jefferson Circuit Court 600 West Jefferson Street Room 2008 Louisville, KY 40202 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.11. | Thoroughbred Transportation, Inc., Successor in Interest to J & J Transportation, Inc. v. System Solutions of Kentucky, LLC 20-CI-01147 | Collection $11,000.00 | Commonwealth of Kentucky Jefferson Circuit Court 600 West Jefferson Street Room 2008 Louisville, KY 40202 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.12. | Landstar Ligon, Inc. v. System Solutions of Kentucky, LLC 19-CI-005930 | Damages Sought $143,214.00 | Commonwealth of Kentucky Jefferson Circuit Court 600 West Jefferson Street Room 2008 Louisville, KY 40202 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.13. | Lighthouse Transportation Services, LLC v. System Solutions of Kentucky, LLC 19-CI-00303 | Breach of Contract; Unjust Enrichment $678,150.00 | Commonwealth of Kentucky Kenton Circuit Court 230 Madison Avenue, 3rd Floor Covington, KY 41011 | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.14. | Material Handling Systems, Inc. v. System Solutions of Kentucky, LLC 19-CI-004671 | Breach of Contract Unspecified Damages | Commonwealth of Kentucky Jefferson Circuit Court 600 West Jefferson Street Room 2008 Louisville, KY 40202 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.15. | Midwest Machine Service v. System Solutions of Kentucky, LLC 19-CI-004537 | Damages in Unspecified Amount | Commonwealth of Kentucky Jefferson Circuit Court 600 West Jefferson Street Room 2008 Louisville, KY 40202 | ☑ Pending ☐ On appeal ☐ Concluded |

Debtor  System Solutions of Kentucky, LLC _____   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.16. | Old Dominion Freight Line, Inc. v. System Solutions of Kentucky, LLC<br>20-CI-0271 | Collection<br>$33,247.50 | Commonwealth of Kentucky<br>Jefferson Circuit Court<br>600 West Jefferson Street<br>Room 2008<br>Louisville, KY 40202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | O'Neal Steel, Inc. v. System Solutions of Kentucky, LLC<br>19-CI-006310 | Damages in Unspecified Amount | Commonwealth of Kentucky<br>Jefferson Circuit Court<br>600 West Jefferson Street<br>Room 2008<br>Louisville, KY 40202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | The Sherwin-Williams Company v. System Solutions of Kentucky, LLC<br>19-CI-006310 | Collection<br>$14,000.00 | Commonwealth of Kentucky<br>Jefferson Circuit Court<br>600 West Jefferson Street<br>Room 2008<br>Louisville, KY 40202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | System One Industrial Solutions, LLC v. System Solutions of Kentucky, LLC<br>19-CI-04964 | Damages in Unspecified Amount | Commonwealth of Kentucky<br>Jefferson Circuit Court<br>600 West Jefferson Street<br>Room 2008<br>Louisville, KY 40202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | United Parcel Service, Inc. v. System Solutions of Kentucky, LLC<br>19-CI-003076 | Breach of Contract; Contractual Inducements Unspecified Amount | Commonwealth of Kentucky<br>Jefferson Circuit Court<br>600 West Jefferson Street<br>Room 2008<br>Louisville, KY 40202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | Vanriet Material Handling Systems B.V. v. System Solutions of Kentucky, LLC<br>19-CI-004672 | Breach of Contract Unspecified Damages | Commonwealth of Kentucky<br>Jefferson Circuit Court<br>600 West Jefferson Street<br>Room 2008<br>Louisville, KY 40202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | Vern Lewis Welding Supply, Inc. v. System Solutions of Kentucky, LLC<br>19-CI-007030 | Collection<br>$37,000.00 | Commonwealth of Kentucky<br>Jefferson Circuit Court<br>600 West Jefferson Street<br>Room 2008<br>Louisville, KY 40202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | Ahrens Rentals, Inc. v. System Solutions of Kentucky, LLC<br>A-19-803721-C | Collection<br>$15,000.00 | District Court<br>Clark County, Nevada<br>200 Lewis Avenue<br>Las Vegas, NV 89115 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | IPC Lyndon, LLC v. System Solutions of Kentucky, LLC, et al.<br>ESX-L-005153-19 | Breach of Contract Damages<br>$1,026,718.33<br>Stayed by Consent Order Anticipating Arbitration | Superior Court of New Jersey<br>Essex County - Law Division<br>465 Dr. Martin Luther King Blvd.<br>Newark, NJ 07102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    System Solutions of Kentucky, LLC                                    Case number (if known) _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.25 | Prolink Resources, LLC v. System Solutions of Kentucky, LLC<br>A 1902402 | Breach of Contract<br>Damages<br>$20,000.00 | Court of Common Pleas<br>Hamilton County, Ohio<br>1000 Main Street, Room 410<br>Cincinnati, OH 45202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26 | Intralox, L.L.C. v. System Solutions of Kentucky, LLC, et al.<br>1:19-cv-001653-ELR | Breach of Contract<br>Damages<br>$5,042,217.67 | U.S. District Court N. Dist. of GA<br>Atlanta Division, Richard B. Russell Fed<br>2211 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27 | Thackray Crane Rental, Inc. v. System Solutions of Kentucky, Inc.<br>1908000828 | Collection<br>$16,000.00 | Court of Common Pleas<br>Philadelphia County, Pennsylvania<br>Room 296 City Hall<br>Philadelphia, PA 19107 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28 | Mode Transportation, LLC v. System Solutions of Kentucky, LLC<br>DC-19-07298 | Breach of Contract<br>Unspecified Amount | In the District Court<br>Dallas County, Texas<br>600 Commerce Street<br>Dallas, TX 75202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29 | Regal Temporary Services v. System Solutions of Kentucky, LLC<br>2019-008681-3 | Collection<br>$3,035.00 | In the County Court<br>Tarrant County, Texas<br>100 North Calhoun Street<br>Fort Worth, TX 76196 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30 | Rightline Warehouse Solutions, LLC<br>v. System Solutions of Kentucky, LLC, et a<br>153-307038-19 | Claim Under Construction Trust Fund Act<br>$663,518.08 | In the District Court<br>Tarrant County, Texas<br>100 North Calhoun Street<br>Fort Worth, TX 76196 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    System Solutions of Kentucky, LLC _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Schneider Downs Meridian 1 PPG Plaza, Suite 1700 Pittsburgh, PA 15222 | Restructuring Consultant | 04/18/2019 | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Schneider Downs Meridian 1 PPG Plaza, Suite 1700 Pittsburgh, PA 15222 | Restructuring Consultant | 03/04/2020 | $15,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | Wyatt, Tarrant & Combs, LLP 400 West Market Street Suite 2000 Louisville, KY 40202-2898 | Legal Consultation | 06/27/2019 | $2,725.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | Wyatt, Tarrant & Combs, LLP 400 West Market Street Suite 2000 Louisville, KY 40202-2898 | Legal Consultation | 09/23/2019 | $222.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   System Solutions of Kentucky, LLC                         Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | Wyatt, Tarrant & Combs, LLP 400 West Market Street Suite 2000 Louisville, KY 40202-2898 | Legal Consultation | 10/15/2019 | $407.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | Wyatt, Tarrant & Combs, LLP 400 West Market Street Suite 2000 Louisville, KY 40202-2898 | Legal Consultation | 12/31/2019 | $375.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.7. | Wyatt, Tarrant & Combs, LLP 400 West Market Street Suite 2000 Louisville, KY 40202-2898 | Legal Consultation | 01/31/2020 | $562.50 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.8. | Wyatt, Tarrant & Combs, LLP 400 West Market Street Suite 2000 Louisville, KY 40202-2898 | Legal Consultation | 02/29/2020 | $11,940.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    System Solutions of Kentucky, LLC _____    Case number (if known) _____

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | See attachment 6.13 | | | $15,157,136.57 |
| | Relationship to debtor | | | |

---

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 10121 Bunsen Way<br>Louisville, KY 40299 | 03/05/2014 - 07/31/2019 |

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   System Solutions of Kentucky, LLC                              Case number *(if known)*

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Q2 Chamberlain 3520 Chamberlain Lane Louisville, KY 40241 | David Dudding | Office equipment; office technology (monitors, computer towers, cell phones, etc.) | ☐ No ■ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

Debtor    System Solutions of Kentucky, LLC _____     Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Ed Joyce, Contract Controller (Robert Half Management Services) 9300 Shelbyville Road, Ste. 920 Louisville, KY 40222 | 07/2019 - 03/10/2020 |
| 26a.2. | Gary Southard (former CFO) | 08/2018 - 07/2019 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | BKD, LLP 360 E 8th Ave. Suite 201 Bowling Green, KY 42102 | |
| | **Name and address** | **Date of service From-To** |
| 26b.2. | Broniec Associates, Inc. P.O. Box 748 Norcross, GA 30091 | |

Debtor    System Solutions of Kentucky, LLC _____    Case number *(if known)* _____

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1.  David Dudding, CFO<br>9850 Von Allmen Court<br>Ste. 201<br>Louisville, KY 40241 | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  CIBC Bank USA
120 S. LaSalle St.
Chicago, IL 60603

26d.2.  United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.1 | Ed Joyce | (partial)<br>03/11/2020 | 13,400.00 |

**Name and address of the person who has possession of inventory records**

David Dudding
9850 Von Allmen Court
Suite 201
Louisville, KY 40241

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| Lummus Corp | | Sole Member | 100 |

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| David Dudding | | CFO, Treasurer | |

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| Janet Hunt | | Secretary | |

Debtor    System Solutions of Kentucky, LLC      Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Phil Di Iorio | | Chairman | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Guy Phillips | | VP | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Ben Hinnen | | President and CEO | 03/2018 - 07/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Michelle Hikes | | VP & CFO | 05/2018 - 01/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Gary Southard | | VP and acting CFO | 06/2019 - 07/2019 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1 | David Dudding | 1843.50 | 08/2019 - 03/13/2020 | Reimbursement of expenses |
| | **Relationship to debtor** CFO | | | |
| 30.2 | | 972.31 | 03/20/2019 - 03/13/2020 | Reimbursement of expenses |
| | Gary Southard | 60,568.14 | 03/22/2019 - 07/26/2019 | Salary |
| | **Relationship to debtor** Former CFO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    System Solutions of Kentucky, LLC                                    Case number *(if known)*

☐ No
■ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| Lummus Corporation | **EIN:**    59-2800509 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 13, 2020

/s/ David Dudding                                    David Dudding
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    CFO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## Attachment 6.13 to Statement of Financial Affairs

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property tranferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed.

| Transferee | Relationship to Debtor | Property Transferred | Date of Transfer | Value of Property |
|---|---|---|---|---|
| JP Morgan Chase | UPS Receivables Purchaser | Assignment and Sale of UPS A/R | 01/23/19 - 04/11/19 | $15,110,661.47 |
| Wells Fargo Bank N.A. | Lender | Security Interest in 2 Clark Forklifts | 07/26/18 | |
| Wells Fargo Bank N.A. | Lender | Security Interest in 4 Clark Forklifts | 06/12/18 | |
| Wells Fargo Bank N.A. | Lender | Security Interest in 4 Clark Forklifts | 06/06/18 | |
| CGI Mechanical Services | Third Party Purchaser | Golf Cart | 04/20/19 | $150.00 |
| Art 2 Part, Inc. | Third Party Purchaser | Golf Cart | 04/20/19 | $200.00 |
| Art 2 Part, Inc. | Third Party Purchaser | Sure Trac Trailer | 04/25/19 | $500.00 |
| Art 2 Part, Inc. | Third Party Purchaser | 2014 Ford F-250 | 04/25/19 | $5,000.00 |
| DF+J, LLC | Third Party Purchaser | Welding Equipment | 04/10/19 | $3,500.00 |
| Art 2 Part, Inc. | Third Party Purchaser | Piranha Ironworker Model P65 | 04/16/19 | $700.00 |
| DF+J, LLC | Third Party Purchaser | Fans | 04/03/19 | $100.00 |
| DF+J, LLC | Third Party Purchaser | Shop Equipment | 04/03/19 | $1,225.00 |
| Carter Control Systems, RC | Third Party Purchaser | Tools | 04/18/19 | $400.00 |
| Legacy | Third Party Purchaser | Welder | | $1,250.00 |
| DF+J, LLC | Third Party Purchaser | Vertical Band Saw | 04/03/19 | $5,000.00 |
| Legacy | Third Party Purchaser | (4) Clark CZSC forklifts | 04/16/19 | $5,500.00 |
| Legacy | Third Party Purchaser | (2) Clark CGC40 forklifts | 04/16/19 | $5,500.00 |
| Legacy | Third Party Purchaser | Bizhub 558E B&W Copier | | $400.00 |
| Legacy | Third Party Purchaser | Bizhub C458 Color Copier | | $800.00 |
| DF+J, LLC | Third Party Purchaser | FMB Pegasus CV Model Band Saw | 04/10/19 | $1,500.00 |
| D.G. Industries, Inc. | Third Party Purchaser | Scrap | 04/08/19 | $500.00 |
| DFW Recyclers, LLC | Third Party Purchaser | Scrap | 04/03/19 | $1,201.00 |
| ISA Recycling | Third Party Purchaser | Scrap | 04/10/19 | $851.50 |
| ISA Recycling | Third Party Purchaser | Scrap | 03/22/19 | $5,192.60 |
| DF+J, LLC | Third Party Purchaser | Scrap | 04/10/19 | $130.00 |
| Carter Control | Third Party Purchaser | Unknown | 04/18/19 | $3,600.00 |
| John Ross Hendrix | Third Party Purchaser | Scrap | 04/25/19 | $600.00 |
| Art 2 Part, LLC | Third Party Purchaser | Scrap | 04/16/19 | $600.00 |
| John D. Gingerich | Third Party Purchaser | Scrap | 04/18/19 | $1,250.00 |
| DF+J, LLC | Third Party Purchaser | Desks | 04/10/19 | $825.00 |

**Attachment 6.13 to Statement of Financial Affairs**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property tranferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed.

| Transferee | Relationship to Debtor | Property Transferred | Date of Transfer | Value of Property |
|---|---|---|---|---|
| | | Cannon Copier | | |
| | | Konica Copier - Bizhub 421 | | |
| | | Security System | | |
| | | Security System-WT | | |
| | | Computers | | |
| | | Computers | | |
| | | Computers | | |
| | | Computers | | |
| | | Computers | | |
| | | Dell Latitude 7480 BTX Notebook | | |
| | | Dell Latitude 7480 BTX Notebook | | |
| | | Dell Area 51 R4 | | |
| | | | | |
| | | | | |
| | | | Total: | $15,157,136.57 |

100245782.2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SYSTEM SOLUTIONS OF KENTUCKY, LLC | ) | Case No. _____ |
| | ) | |
| DEBTOR. | ) | Chapter 7 |
| _____ | ) | |

**NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Systems Solutions of Kentucky, Inc. ("Debtor") has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs ("SOFA") in the United States Bankruptcy Court for the Western District of Kentucky. The Debtor prepared the Schedules and the SOFA in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

In preparing the Schedules and SOFA, the Debtor relied on financial data derived from its books and records that was available at the time of preparation. Mr. Dudding has  signed the Schedules and SOFA, and will serve as the corporate representative of the Debtor in the Chapter 7 case. Although Mr. Dudding has made every commercially reasonable effort to ensure the accuracy and completeness of the Schedules and SOFA, subsequent information or discovery may result in material changes to the Schedules and SOFA. For the avoidance of doubt, the Debtor reserves its right to amend and supplement the Schedules and SOFA as may be necessary or appropriate. In no event shall the Debtor or its corporate representative, agent, or attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against

the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or note and however caused, even if the debtor or its corporate representative, agents, and attorneys are advised of the possibility of such damages.  The Debtor and its representative, agents, and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated , modified, revised, or re-categorized, except as required by applicable law.

<u>**Notes and Overview of Methodology**</u>

1.    **<u>Notes Control.</u>**  These Notes pertain to and comprise an integral part of each of the Schedules and Statement of Financial Affairs ("SOFA") and should be referenced in connection with any review thereof.  In the event that the Schedules and SOFA conflict with these Notes, these Notes shall control.

2.    **<u>No Admission.</u>**  Nothing contained in the Schedules and SOFA is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

3.    **<u>Re-characterization.</u>**  Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtor thus reserves all rights to re-characterize, reclassify, re-categorize, or re-designate items reported in the Schedules and SOFA at a later time as is necessary and appropriate.

4.   **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to re-characterize or reclassify such claim or contract.

5.   **Claims Description.**  Any failure to designate a claim on a given Debtor's Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and SOFA on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtor.  The Debtor reserves all rights to amend its Schedules and SOFA as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

6.   **Estimates and Assumptions.**  The preparation of the Schedules and SOFA required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and SOFA, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

3

7.    **Intellectual Property Rights.**   Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.   Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

8.    **Insiders.**   In the circumstance where the Schedules and SOFA require information regarding "insiders" the Debtor has included information with respect to the individuals who the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.   Any such individuals may no longer serve in such capacities.   The listing of a party as an insider for purposes of the Schedules and SOFA is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.   Information regarding the individuals listed as insiders in the Schedules and SOFA has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he, she, or it is not an insider under applicable law, including the Bankruptcy Code or with respect to any theories of liability or any other purpose.

9.    **Methodology.**

    (a)    **Basis of Presentation.**  The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment.  The Schedules and SOFA reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

    (b)    **Duplication.**  Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the SOFA and Schedules.  To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities and prepetition payments once.

    (c)    **Unknown Amounts.**  The description of an amount as "unknown," "undetermined" or "unspecified" is not intended to reflect upon the materiality of such amount.

    (d)    **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated."

    (e)    **Totals.**  All totals that are included in the Schedules and SOFA represent totals of all listed amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    (f)    **Guarantees and Other Secondary Liability Claims.**  The Debtor has exercised reasonable efforts to locate and identify guarantees in its executory contracts,

unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor or Debtors. The Debtor may have inadvertently omitted guarantees embedded in its contractual agreements and may identify additional guarantees as its continues its review of its books and records and contractual agreements. The Debtor reserves its rights, but are not required, to amend the Schedules and SOFA if additional guarantees are identified.

(g) **Excluded Assets and Liabilities.** The Debtor has excluded the following categories of assets and liabilities from the Schedules and SOFA: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

(h) **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

10. **Specific Schedules Disclosures.**

*Part 2 - Creditors with Nonpriority Unsecured Claims.* The Debtor has made reasonable efforts to report all general unsecured claims against the Debtor on Schedule E/F, Part 2, based upon the Debtor's existing books and records. The claims of individual creditors for among other things, products, goods or services are listed as either the lower of the amounts invoiced by the creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances

6

due from such creditors to the Debtors.  The Debtor reserves all rights with respect to any such credits and allowances including the right to assert claims objections and/or setoffs.  The claims listed on Schedule E/F, Part 2, arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule E/F, Part 2, was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor may not have included a date for each claim listed on Schedule E/F, Part 2.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor.  The amounts for these potential claims are listed as "unknown" or "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and SOFA.

(a)     **Schedule G – Executory Contracts and Unexpired Leases.**  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  In the past, the Debtor was party to a number of contracts for provision of goods and services to its customers.  While Debtor believes that all such contracts have been terminated, it is possible that as a technical matter one or more contracts have not been terminated.  As a practical matter, performance has ceased on all customer contracts.

(b)     **Schedule H – Co-Debtors.**  The Debtor has not listed any litigation-related Co-Debtors on Schedule H.  Instead, all such listings can be found on the Debtor's Schedule E/F.

11.    **Specific Schedules Disclosures.**

(a)    **Schedule A/B Assets, Line 77.  Other property of any kind not already listed.**

The Debtor reserves all rights, claims, and defenses in connection with any and all intercompany transactions and balances related thereto, including with respect to the characterization of intercompany account balances, receivables and payables.

12.    **Specific SOFA Disclosures.**

(a)    **SOFA, Part 2, Question 4 – Payments and transfers made within one year before the filing of this case on debts owed to an insider.**

The Debtor reserves all rights, claims, and defenses in connection with any and all intercompany transactions and balances related thereto, including with respect to the characterization of intercompany account balances, receivables and payables.

In the ordinary course of their businesses, Lummus Corporation sold goods to the Debtor, and the two entities shared certain expenses.  These transactions were recorded on an intercompany account jointly maintained by the entities, and recorded as either a payable or a receivable of each entity.  These payables and receivables were netted out each month, with the result adjusting the balance of the intercompany account.  In the year before the Chapter 7 was filed, SSK was debited $669,915,81 for goods purchased from and expenses reimbursed to Lummus Corporation.

Respectfully submitted,


 /s/ Mary L. Fullington
Mary L. Fullington
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Telephone:  (859) 233-2012
Facsimile:  (859) 259-0649
Email:  mfullington@wyattfirm.com

*Counsel for Debtor, System Solutions of Kentucky, LLC*

100248306.1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re   System Solutions of Kentucky, LLC

Debtor(s)

Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $      35,000.00 |
| Prior to the filing of this statement I have received | $      25,076.30 |
| Balance Due | $       9,923.70 |

2.   The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      Communications with and production of additional information to Chapter 7 Trustee, if needed; Representation in connection with any 2004 Examination/Document Production in this Chapter 7 case.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the Debtor in any adversary proceeding in connection with this Chapter 7 case.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 13, 2020
_Date_

/s/ Mary L. Fullington
Mary L. Fullington
_Signature of Attorney_
Wyatt, Tarrant & Combs, LLP
250 W. Main Street
Suite 1600
Lexington, KY 40507
859- 233-2012   Fax: 859-259-0649
lexbankruptcy@wyattfirm.com
_Name of law firm_

---

**United States Bankruptcy Court**
**Western District of Kentucky**

In re   System Solutions of Kentucky, LLC

Debtor(s)

Case No.

Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 13, 2020

/s/ David Dudding
David Dudding/CFO
Signer/Title

Accurate Electric, Inc.
2309 West Arbrook Blvd
Arlington, TX 76015


Advance Fabricators
980 Progress Blvd
New Albany, IN 47150


ADVANCED SOLUTIONS
1901 Nelson Miller Pkwy
Louisville, KY 40223


AHERN RENTALS
1401 Mineral Ave
Las Vegas, NV 89106


AI International, Inc.
8055A National Turnpike
Louisville, KY 40214


AIR COMPRESSOR WORKS
7292 NW 25th Street
Miami, FL 33122


Airgas USA CA
PO Box 7423
Pasadena, CA 91109


Airgas USA GA
PO Box 532609
Atlanta, GA 30353


AIRGAS USA IL
PO Box 802576
Chicago, IL 60680-2576


Airgas USA TX
PO Box 676015
Dallas, TX 75267


Alliant Technologies
2080 Nelson Miller Pkwy
Louisville, KY 40223

Allied Electronics and Automation
7151 Jack Newell Blvd S.
Fort Worth, TX 76118


ARGI Building Group, LLC
2201 High Wickham Place
Louisville, KY 40245


ATRONIX Engineering, Inc.
3100 Medlock Bridge Rd, Suite 110
Peachtree Corners, GA 30071


B&B Conveyors LLC
1006 Turner Camp Road
Inverness, FL 34453


BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
6th Floor
Pittsburgh, PA 15222


Baxter Bailey & Associates, Inc.
1630 Goodman Rd.
Suite 1
Southaven, MS 38671


BDI
281 Shore Drive, Unit B
Burr Ridge, IL 60527


Bearing Headquarters
PO Box 6267
Broadview, IL 60155-6267


Bryant Products, Inc.
W1388 Elmwood Ave
Ixonia, WI 53036


Cactus Welding, Inc.
13905 S. 154th St
Gilbert, AZ 85296


Cardinal Carryor
PO Box 32156
Louisville, KY 40232

CED, INC/E&H ELECTRIC SUPPLY
PO Box 221229
Louisville, KY 40252


Central Expanded Metal
1213 N. Industrial Rd
Chandler, OK 74834


CIBC Bank USA
3343 Peachtree Rd Ste. 750
Attn: Timothy P. Roberts
Atlanta, GA 30326


CINTAS CORPORATION NO.2
PO Box 625737
Cincinnati, OH 45262


CITY ELECTRIC SUPPLY CO.
400 South Record Street, Ste. 300
Dallas, TX 75202


CL Rieckoff
26265 Northline Rd
Taylor, MI 48180


CONVEYOR CONCEPT
1110 Westcliffe Dr
Little Rock, AR 72210


COPPER STATE BOLT & NUT CO.
3622 N. 34th Ave
Phoenix, AZ 85017


COYOTE LOGISTICS LLC
2545 W Diversey Ave, 3rd Floor
Chicago, IL 60647


Dalmatian Fire
1651 Watterson Trail
Louisville, KY 40299


Delta Services
4676 Jennings Ln
Louisville, KY 40218

Design Fabricators and Integrators
6600 Artisan Way
Louisville, KY 40228


DFW Conveyor LLC
405 Bluebonnet Trail
Garland, TX 75043


DG Industries
PO Box 753
Mt. Washington, KY 40447


Dragon Disposal, LLC
5207 N Black Canyon Hwy
Phoenix, AZ 85015


EASI, LLC
PO Box 198531
Atlanta, GA 30384-8531


EMIT, Inc.
315 Wilhagan Rd
Nashville, TN 37217


Equipment Depot LTD
4820 Crittenden Dr, Suite 200
Louisville, KY 40209


Everglades Steel Corporation
PO Box 667510
Miami, FL 33166


FABTRATION, LLC
526 Maplewood Blvd
Georgetown, IN 47122


Fast Global Solutions
PO Box 249
Glenwood, MN 56334-0231


Fastenal
PO Box 1286
Winona, MN 55987-1286

FEDEX FREIGHT
PO Box 223125
Pittsburgh, PA 15251-2125


Ferrellgas
PO Box 173940
Denver, CO 80217-3940


Fives Intralogistics Corp
500 East Burnett Ave
Louisville, KY 40217-1120


FN Sheppard, Inc.
PO Box 18520
Erlanger, KY 41018


Forbo
8 Maplewood Drive
Humboldt Industrial Park
Hazleton, PA 18202


Godfrey Propane
2947 W Division St
Arlington, TX 76012


Grainger
1901 Plantside Dr
Louisville, KY 40299


Gulf States Saw & Machine
3416 Davey Allison Blvd
Hueytown, AL 35023


Habasit Belting
PO Box 277416
Atlanta, GA 30384-7416


Harbor Steel Supply
PO Box 4250
Muskegon, MI 49444


HEC Manufacturing
222 W. John Rowan
Bardstown, KY 40004

Herc Rentals, Inc.
27500 Riverview Center Blvd, Ste. 100
Bonita Springs, FL 34134


Holston Gases
368 Terry Blvd
Louisville, KY 40229


Hytrol Conveyor Co., Inc.
2020 Hytrol St
Jonesboro, AR 72401


Industrial Belting & Transmission
4061 McCollum Ct
Louisville, KY 40232


Industrial Metal Supply Co
5150 S 48th St
Phoenix, AZ 85040


INTRALOX
301 Plantatation Road
New Orleans, LA 70123


IPC Lyndon, LLC
284 Bodwell Street
Avon, MA 02322


Iron Native Welding
14800 W Edgemont Ave
Goodyear, AZ 85395


J & J TRANSPORTATION
PX Box 99415
Louisville, KY 99415


J Rose Construction
1140 Tierra Huichol
Anthony, NM 88021


J.E.Manzi & Associates
826 Busse Hwy
Park Ridge, IL 60068

JCK USA Limited
1335 Canton Rd
Marietta, GA 30066


John S. James Co.
PO Box 2166
Savannah, GA 31402


Kentuckiana Tool Supply
139 Grant Court
Mount Washington, KY 40047


Kentuckiana Wire Rope & Supply
3335 Industrial Pkwy
Jeffersonville, IN 47130


Konica Minolta
10300 Ormsby Park Pl #502
Louisville, KY 40223


Landstar Ligon, Inc.
13410 Sutton Park Dr South
Jacksonville, FL 32224


Lanning Chemical Co.
3000 Griffiths Ave
Louisville, KY 40212


LawnPro
3007 Sprowl Road
Louisville, KY 40299


LEAF
2005 Market Street, 14th Floor
Philadelphia, PA 19103


LEWCO
706 Lane Street
Sandusky, OH 44870


Lighthouse Transportation
563 Tevino Ridge
Crestview Hills, KY 41017

LLR ELECTRIC, INC.
4802 E Ray Rd Ste 23 PMB 209
Phoenix, AZ 85044


Logic Systematic, LLC
10470 Hobson Street
Spring Hill, FL 34608


Louisville Bats
401 East Main Street
Louisville, KY 40202


Lummus Corp.
225 Bourne Blvd
Savannah, GA 31408


Material Handling Systems, Inc.
131 Griffin Way
Mount Washington, KY 40047


McMASTER-CARR
PO Box 7690
Chicago, IL 60680-7690


Mercer Transportation
PO Box 644011
Pittsburgh, PA 15264-4011


Miami Valley Steel
201 Fox Drive
Piqua, OH 45356


Midwest Machine Service
5632 West Pleasant Blvd
Chicago Ridge, IL 60415


Mitchell Mechanical, LLC
365 Waterway Rd
Oxford, PA 19163


Mobile Mini
4646 E Van Buren St, Ste. 400
Phoenix, AZ 85008

Mode Transportation
17330 Preston Road, Ste. 200C
Dallas, TX 75252


MWS METAL WELDING SERVICE INC.
4671 Cheryl Lane
Kaufman, TX 75142


Nabholz Industrial Services
307 W. Stribling
PO Box 277
Rogers, AR 72756


National Construction Rentals, Inc.
15319 Chatsworth St
Mission Hills, CA 91345


O'Neal Steel Inc.
PO Box 934243
Atlanta, GA 31193-4243


Old Dominion Freight Line
1400 S Louis Coleman Jr Dr
Louisville, KY 40211


Oradell Construction Co., Inc.
37 Woodland Road, Ste. 3
Roseland, NJ 07068


PPG
PO Box 536864
Atlanta, GA 30353-6864


Precision Pulley & Idler
300 S.E. 14th Street
Pella, IA 50219


PROLINK RESOURCES
10700 Montgomery Rd
Cincinnati, OH 45242


Q2 Chamberlain
3520 Chamberlain Lane
Louisville, KY 40241

Quality Supply & Tool
PO Box 1400
Greenwood, IN 46142


R & M Welding Products
105 Willliams Way
Wilder, KY 41076


Ralphs-Pugh Co.
3931 Oregon Street
Benicia, CA 94510


Reflex Graphics
1902 Campus Place, #11
Louisville, KY 40299


Regal Temporary Services
424 E Lamar Blvd #102
Arlington, TX 76011


REPUBLIC SERVICES #794
18500 N Allied Way
Phoenix, AZ 85054-6164


Ridley Excavating
PO Box 412
Glen Mills, PA 19342


Rightline Warehouse Solutions
2822 Commerce Park Drive, Ste. 400
Orlando, FL 32819


RYAN MECHANICAL COMPANY
1325 N Mondel Dr
Gilbert, AZ 85233


SAGUARO STEEL INDUSTRIES, LLC
3547 W. Lower Buckeye Rd
Phoenix, AZ 85009


Schuler Manufacturing
1500 South 10th Street
Louisville, KY 40210

SERVPRO of East Louisville
1929 Production Drive
Louisville, KY 40299


Sherwin Williams
9203 Sutton Pl
Hamilton, OH 45011


SIEGEL GAS
20052 NW 89th Ave
Medley, FL 33178


Spray Tech Systems, INC
1025A Enterprise Ave
Oklahoma City, OK 73128


SSK Lummus LLC
225 Bourne Blvd
Savannah, GA 31408


St Onge
1400 Williams Rd
York, PA 17402


Stock Manufacturing
10040 Cilley Rd
Cleves, OH 45002


SUMITOMO
PO Box 60638
Charlotte, NC 28260-0638


Sunbelt Finance, LLC
2900 Browns Lane
Jonesboro, AR 72401


Sunbelt Rentals
5701 Chapel Hill Rd
Raleigh, NC 27697


System One Holdings, Inc.
12 Federal Street, Suite 205
Pittsburgh, PA 15212

System Solutions Holdings, LLC
225 Bourne Blvd
Savannah, GA 31408


TERRACON
10841 S. Ridgeview Road
Olathe, KS 66061


Thackray Crane Rental, Inc.
2071 Byberry Rd
Philadelphia, PA 19116


Thoroughbred Transportation
PO Box 991274
Louisville, KY 40269-0415


Three D Properties LLC
711 Winding Oaks Trail
Louisville, KY 40223


TOLLESON STEEL
9204 W Van Buren St
Tolleson, AZ 85353


TOTTEN TUBES, INC
1605 S. 39th Ave
Phoenix, AZ 85009


Transnorm
2810 Avenue E East
Arlington, TX 76011


Uline
PO Box 88741
Chicago, IL 60680


United Parcel Service, Inc.
55 Glenlake Pkwy NE
Atlanta, GA 30328


United Rentals
6125 Lakeview Road, Suite 300
Charlotte, NC 28269

UPS
55 Glenlake Pkwy NE
Atlanta, GA 30328


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


US Nut & Bolt
PO Box 88671
Chicago, IL 60680-1671


Van Gorp Corporation
1410 Washington St
Pella, IA 50219


Vanriet Material Handling Systems
PO Box 416
3990 GE Houten NETHERLANDS


Verizon
500 Technology Drive, Suite 550
Weldon Spring, MO 63304


Vern Lewis Welding Supply, Inc.
133 N 21st Ave
Phoenix, AZ 85009


WASTE MANAGEMENT LOUISVILLE HAULING
7501 Grade Ln
Louisville, KY 40219


Waste Management of PA Inc.
600 Tyburn Road
Morrisville, PA 19067


WELLS FARGO EQUIPMENT FINANCE
420 Montgomery Street
San Francisco, CA 94104


WHITE WATER II LLC
301 S 29th St
Phoenix, AZ 85034

WM Kelley Co.
620 Durgee Rd
New Albany, IN 47150


XPOLogistics
Five American Lane
Greenwich, CT 06831