# **EXHIBIT A**

## WRITTEN CONSENT OF
## THE SOLE MEMBER
## OF
## SYSTEM SOLUTIONS OF KENTUCKY, LLC

The undersigned, constituting the holder of all of the outstanding membership interests of System Solutions of Kentucky, LLC, a Kentucky limited liability company (the "Company"), does hereby take the following action by written consent pursuant to the provisions of the Kentucky Limited liability Company Act:

**WHEREAS**, it is in the interest of the Company to seek the protection of the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

**NOW, THEREFORE, BE IT RESOLVED**, that David Dudding, Chief Financial Officer of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Company; and

**BE IT FURTHER RESOLVED**, that David Dudding, Chief Financial Officer of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that David Dudding, Chief Financial Officer of the Company, is authorized and directed to employ Wyatt, Tarrant & Combs, LLP to represent the Company in such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that any officer of the Company be and hereby is authorized, empowered and directed, for and on behalf of the Company and in its name, to execute, deliver, file and record such agreements, instruments, documents and certificates, and to take or cause to be taken such other and further action as it shall, in its discretion, deem necessary or appropriate in order to effectuate the purposes of, and implement, any and all of the foregoing resolutions and all actions heretofore taken by it in connection with the foregoing, are hereby ratified, confirmed, adopted and approved; and

**BE IT FURTHER RESOLVED**, that this Written Consent may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement, and a signed copy of this Written Consent delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy hereof.

[End of Text; Signature Page Follows]



IN WITNESS WHEREOF, the undersigned have executed this Written Consent to be effective as of the date first set forth above.

                                        Lummus Corporation, solely in its capacity as sole member of the Company

By: _____
         Sarkis Izmirlian
         Director

By: _____
         Felice Di Iorio
         Director

By: _____
         Guy Phillips
         Director

## WRITTEN CONSENT OF
## THE SOLE MEMBER
## OF
## SYSTEM SOLUTIONS OF KENTUCKY, LLC

The undersigned, constituting the holder of all of the outstanding membership interests of System Solutions of Kentucky, LLC, a Kentucky limited liability company (the "Company"), does hereby take the following action by written consent pursuant to the provisions of the Kentucky Limited liability Company Act:

**WHEREAS**, it is in the interest of the Company to seek the protection of the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

**NOW, THEREFORE, BE IT RESOLVED**, that David Dudding, Chief Financial Officer of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Company; and

**BE IT FURTHER RESOLVED**, that David Dudding, Chief Financial Officer of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that David Dudding, Chief Financial Officer of the Company, is authorized and directed to employ Wyatt, Tarrant & Combs, LLP to represent the Company in such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that any officer of the Company be and hereby is authorized, empowered and directed, for and on behalf of the Company and in its name, to execute, deliver, file and record such agreements, instruments, documents and certificates, and to take or cause to be taken such other and further action as it shall, in its discretion, deem necessary or appropriate in order to effectuate the purposes of, and implement, any and all of the foregoing resolutions and all actions heretofore taken by it in connection with the foregoing, are hereby ratified, confirmed, adopted and approved; and

**BE IT FURTHER RESOLVED**, that this Written Consent may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement, and a signed copy of this Written Consent delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy hereof.

[End of Text; Signature Page Follows]



**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent to be effective as of the date first set forth above.

Lummus Corporation, solely in its capacity as sole member of the Company

By:_____
Sarkis Izmirlian
Director

By: _*/s/ Felice Di Iorio*_____
Felice Di Iorio
Director

By:_____
Guy Phillips
Director

# WRITTEN CONSENT OF
# THE SOLE MEMBER
# OF
# SYSTEM SOLUTIONS OF KENTUCKY, LLC

The undersigned, constituting the holder of all of the outstanding membership interests of System Solutions of Kentucky, LLC, a Kentucky limited liability company (the "Company"), does hereby take the following action by written consent pursuant to the provisions of the Kentucky Limited liability Company Act:

**WHEREAS**, it is in the interest of the Company to seek the protection of the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

**NOW, THEREFORE, BE IT RESOLVED**, that David Dudding, Chief Financial Officer of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Company; and

**BE IT FURTHER RESOLVED**, that David Dudding, Chief Financial Officer of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that David Dudding, Chief Financial Officer of the Company, is authorized and directed to employ Wyatt, Tarrant & Combs, LLP to represent the Company in such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that any officer of the Company be and hereby is authorized, empowered and directed, for and on behalf of the Company and in its name, to execute, deliver, file and record such agreements, instruments, documents and certificates, and to take or cause to be taken such other and further action as it shall, in its discretion, deem necessary or appropriate in order to effectuate the purposes of, and implement, any and all of the foregoing resolutions and all actions heretofore taken by it in connection with the foregoing, are hereby ratified, confirmed, adopted and approved; and

**BE IT FURTHER RESOLVED**, that this Written Consent may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement, and a signed copy of this Written Consent delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy hereof.

[End of Text; Signature Page Follows]

      **IN WITNESS WHEREOF**, the undersigned have executed this Written Consent to be effective as of the date first set forth above.

                                            Lummus Corporation, solely in its capacity as sole member of the Company

By:_____
      Sarkis Izmirlian
      Director

By:_____
      Felice Di Iorio
      Director

By:_____
      Guy Phillips
      Director