# United States Bankruptcy Court
## Western District of Kentucky

In re: System Solutions of Kentucky, LLC  
Debtor(s)

Case No. 20-30891  
Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  System Solutions of Kentucky, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Lummus Corporation

☐ None [*Check if applicable*]

March 13, 2020  
Date

/s/ Mary L. Fullington  
Mary L. Fullington  
Signature of Attorney or Litigant  
Counsel for  System Solutions of Kentucky, LLC  
Wyatt, Tarrant & Combs, LLP  
250 W. Main Street  
Suite 1600  
Lexington, KY 40507  
859- 233-2012 Fax:859-259-0649  
lexbankruptcy@wyattfirm.com