UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 20-30891-jal |
| SYSTEM SOLUTIONS OF KENTUCKY LLC ) | Chapter 7 |
| Debtor ) | |
| ) | |

### TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 30
### FILED BY CIBC BANK USA

Comes Robert W. Keats, Trustee in the estate of the above named Debtor, objects to the following Proof of Claim:

**Proof of Claim No. 30**       Amount of Claim:    $23,801,169.57
Claimant: CIBC Bank USA      Claim Classification:    Secured
Claim filing date: 6/24/20      Basis of Claim: Money Loaned

The claimant's Proof of Claim Number 30 (the "Claim") is made on behalf of CIBC Bank USA in its capacity as "administrative agent" under a pre-petition loan CIBC Bank USA made with Systems Solutions of Kentucky LLC, the debtor in this bankruptcy case, and with at least three (3) other "borrowers", and, some "other parties". Although the Claim includes over 250 pages of copies of credit agreements, financing and security agreements, and guaranty and collateral agreements, there is no actual accounting of the amount claimed. Further, the loan is guaranteed by at least three other "borrowers" that are all believed to be currently in existent and solvent.

Since the claim is filed on behalf of the other "borrowers" and "other parties" Code section 502(e)(1) provides that a claim for reimbursement or contribution by an entity that is liable along with the debtor that has secured or guaranteed the claim of a creditor against the debtor is subject to disallowance. Further, in this case the claim is not fixed because there is no accounting of any portion of the claim having been paid by any co-debtor under the loan.

WHEREFORE, the Trustee respectfully requests that the Court disallow CIBC Bank USA's Proof of Claim No. 30.

Respectfully submitted,

*/s/ Robert W. Keats*
Robert W. Keats, Trustee
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, Kentucky 40252-1377
(502) 558-6339

**CERTIFICATE OF SERVICE**

I certify the foregoing motion and proposed order were served in conformity with CM/ECF Rule 6.9 or, by delivering a true copy via first class mail to the last known address of the creditor, and to the service list on August 23, 2022:

*/s/ Robert W. Keats*
Robert W. Keats