UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                          )
                                                )   CASE NO. 20-30891-jal
SYSTEM SOLUTIONS OF KENTUCKY LLC )   CHAPTER 7
    Debtor                              )
_____)

**AGREED NOTICE AND MOTION FOR ORDER
APPROVING SETTLEMENT AND COMPROMISE**

    Comes now ROBERT W. KEATS, having been appointed Trustee of the Estate of the above-named Debtor (the "Trustee"), and pursuant to Rule 9019(a) makes this Motion to Approve a Settlement and Compromise.

    1.    Following the filing of this bankruptcy case, the trustee was able to collect the sum of $183,150.26 from the available remaining claims of the Debtor Estate.

    2.    On August 23, 2022 the Trustee objected to the secured proof of claim of CIBC Bank USA (the "Bank") in the sum of $23,801,169.57 by stating in part that the Bank failed to state the amount of its secured pre-petition loan to the Debtor that was paid to the Bank by the other members of a loan guarantee. However, CIBC claimed that the money collected by the trustee were funds to which CIBC claimed a security interest.

    3.    Although the parties agree that there is a difference of opinion of facts and law relating to what portion of the funds collected by the trustee to which CIBC might be entitled, that total value of the collected funds would substantially exhaust the funds available to other creditors.

    4.    Following efforts to resolve the trustee's concerns about the nature of the Bank's loan to preserve the business operations of the Debtor company, and the concerns for delaying payments to the remaining creditors of the estate, a settlement has been reached, subject to Court approval, that provides that the Bank receive the sum of $125,000.00 as a distribution on account of the Bank's secured claim, and receive a pro rata distribution (pro rata with other allowed general unsecured claims) on account of the

Bank's $23,676,169.57 allowed unsecured deficiency claim, which distribution to CIBC is estimated to equal $9,583.10.

5. Based on the criteria set forth in *TMT Trailer* and Rule 9019, the Trustee has determined that it is in the best interest of the bankruptcy estate and all of its unsecured creditors to permit this settlement in an effort to avoid further litigation and expenses of the estate to litigation of the Estate's claims. The settlement will preserve the Debtor's resources and provide a fair distribution to the remainder of the estate's creditors.

WHEREFORE, the Trustee and CIBC Bank USA request the Court to approve this Compromise and Settlement of the CIBC Bank USA claims.

Respectfully submitted,

*/s/ Robert W. Keats*
Robert W. Keats, Trustee
P.O. Box 221377
Louisville, Kentucky 40252-1377
(502) 558-6339 BK.C-1 Settlement-Compromise SSK

AGREED TO BY:

*/s/ Michael W. McClain*
Michael W. McClain
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, Kentucky 40059
Phone: (502) 589- 4440
Fax: (502) 410-0528
mmcclain@goldbergsimpson.com Counsel for CIBC

## **CERTIFICATE OF SERVICE**

I certify the foregoing and proposed order was served in conformity with CM/ECF Rule 6.9, or, by delivering a true copy via first class mail to the service list on November 1, 2022.

/s/ *Robert W. Keats*
Robert W. Keats