# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** KENTUCKY

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| System Solutions of Kentucky, LLC | § | Case No. 20-30891 |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/13/2020 .  The undersigned trustee was appointed on 03/15/2020 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of        $        710,339.07

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 6,669.00 |
| Bank service fees | 2,934.79 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 517,585.02 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]        $        183,150.26

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  07/06/2020  and the deadline for filing governmental claims was  10/06/2020 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,887.70 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 12,887.70 , for a total compensation of $ 12,887.70 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,055.12 , for total expenses of $ 1,055.12 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2022                    By:/s/ROBERT W. KEATS, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit A**

| Case No: | 20-30891 | JAL | Judge: Joan A. Lloyd | | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | System Solutions of Kentucky, LLC | | | | Date Filed (f) or Converted (c): | 03/13/20 (f) |
| | | | | | 341(a) Meeting Date: | 04/23/20 |
| For Period Ending: | 12/02/22 | | | | Claims Bar Date: | 07/06/20 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets | Lien<br>Amount | Exempt<br>Amount |
| 1. | TAX REFUNDS - New Jersey | 146,000.00 | 0.00 | | 146,261.92 | FA | 0.00 | 0.00 |
| | Deposit 4/14/20 | | | | | | | |
| 2. | Wells Fargo Bank- Payroll Acct # 8134 | 0.00 | 0.00 | | 686.34 | FA | 0.00 | 0.00 |
| | Account Ending 8134.- Deposit 4/14/20 | | | | | | | |
| 3. | Corporate Services refund (u) | 0.00 | 487.00 | | 487.00 | FA | 0.00 | 0.00 |
| | Deposit 5/15/20 - Other Schedule B property | | | | | | | |
| 4. | ACCOUNTS RECEIVABLE <90 days | 11,640.12 | 0.00 | | 517,585.02 | FA | 0.00 | 0.00 |
| | Deposit 6/12/20 -- UPS Receivable. Collection listed in<br>Sales shared via agreed order between CIBC and UPS. | | | | | | | |
| 5. | Claim Against WM Kelly Co, | 1,407,746.57 | 7,000.00 | OA | 7,000.00 | FA | 0.00 | 0.00 |
| | Settlement re: SSK v. WM Kelly Co. (Order Doc. # 108)<br>refers to Doc # 104 settlement.  All equipment abandoned<br># 89 / Order # 103 | | | | | | | |
| 6. | CIBC Bank USA - Disbursement Acct # 4090 | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| | All Account funds to CIBC Order # 122 | | | | | | | |
| 7. | CIBC Bank USA - Operating Acct # 6106 | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| | All Account to CIBC - Order # 122 | | | | | | | |
| 8. | Q2 Chamberlain Storage Unit Lease # 3701 | 3,436.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| | Prepayment, Not a receivable - Taken for past due rents,<br>Docs to atty for SSK | | | | | | | |
| 9. | OFFICE EQUIPMENT, FURNISHINGS, AND | 13,400.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| | Collected by landlord for past due rent. | | | | | | | |
| 10. | ACCOUNTS RECEIVABLE >90 days | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| | Greater than 90 days - $20,212,295.22  if any,  to CIBC<br>Order 122 | | | | | | | |
| 11. | Conveying Apparatus | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| | Doc # 103 | | | | | | | |
| 12. | Internet Domain name/websites | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

LFORM1E**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Ver: 22.07c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

**Exhibit A**

| Case No: | 20-30891 | JAL | Judge: Joan A. Lloyd |
| Case Name: | System Solutions of Kentucky, LLC | | |

| Trustee Name: | ROBERT W. KEATS, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/13/20 (f) |
| 341(a) Meeting Date: | 04/23/20 |
| Claims Bar Date: | 07/06/20 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| No value | | | | | | | |
| 13. Quickbooks License | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| No value | | | | | | | |
| 14. Tax Refunds - Pennsylvania | 20,107.00 | 20,107.08 | | 20,107.08 | FA | 0.00 | 0.00 |
| Deposit 4/23/20 | | | | | | | |
| 15. Tax Refund - New Mexico | 12,732.00 | 11,632.92 | | 11,632.92 | FA | 0.00 | 0.00 |
| Deposit 2/17/22 after months of contacting.. | | | | | | | |
| 16. Tax Refund - Florida (u) | 0.00 | 5,835.51 | | 5,835.51 | FA | 0.00 | 0.00 |
| Deposit 5/15/20 | | | | | | | |
| 17. Tax Refund - Arkansas (u) | 0.00 | 300.00 | | 300.00 | FA | 0.00 | 0.00 |
| Deposit 5/15/20 | | | | | | | |
| 18. Tax Refund - Delaware (u) | 0.00 | 310.50 | | 310.50 | FA | 0.00 | 0.00 |
| Deposit12/15/20 | | | | | | | |
| 19. Intercompany Transfer re: Lummus | 4,372,537.63 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| Lummus is the parent company of SSK. The only statement relating to intercompany transfers in the SOFA is found on Page 64. Therein Lummus debited SSK's account $669,915.81 for goods sold to the debtor. Otherwise there is no supporting statement in the attorney's notes (pg 64) supporting the amount Lummus owes SSK. Further, the relationship of Lummus, SSK, and others, who are parties to a note owed to CIBC is more fully described in Trustee's Doc # 115.. However, the amount owed is an offset on the CIBC note--CIBC is allowed to recop nearly all assets recovered in this bankrutpcy case per Doc # 122 granting the motion for relief from stay. | | | | | | | |
| 20. Set-off by CIBC Bank | 129,005.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| CIBC will recapture per Doc. # 122.--Order for relief from | | | | | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

Ver: 22.07c

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

Exhibit A

| Case No: | 20-30891    JAL    Judge: Joan A. Lloyd |
| Case Name: | System Solutions of Kentucky, LLC |

| Trustee Name: | ROBERT W. KEATS, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/13/20 (f) |
| 341(a) Meeting Date: | 04/23/20 |
| Claims Bar Date: | 07/06/20 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| stay. | | | | | | | |
| 21. Tax Refund - Mississippi (u) | 0.00 | 132.78 | | 132.78 | FA | 0.00 | 0.00 |
| Deposit 2/26/21 | | | | | | | |

| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $6,116,604.32 | $45,805.79 | | $710,339.07 | $0.00 | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset, but CIBC alleges control over all assets of SSK. Heavy litigation with UPS and other creditors, also potential
litigation with parent company of SSK--Lummus Co.. 2004 Exam 7/24/20. Responde to motions of CIBC to abandon CIBC claims
12/11/20, TR might have claims vs CIBC. On 12/14/20 UPS discussions pending about CIBC claims. Trustee settled the
Kelly Co. case in Indiana 12/15/20 (Ord # 108). Motion of CIBC to lift stay on ALL SSK assets--TR Objections filed
1/1/21, joined by creditor UPS. After hearing on 1/12/21 Stay was lifter for CIBC to collect assets of the estate.
3/2021 monitoring collection of CIBC assets if in excess of $21 Mil. Case holding to see if there are assets over $21
Mil.
Kenton Circuit Ct, KY, Case # 19-0303: Lighthouse Transportation (creditor of SSK) amends its complint vs. SSK to add
LUMMUS Corp, SSKs parent company alleging circumstances (also alleged by Trustee in related actions) that Lummus shoudl
be held liable for SSKs olbigations -- further alleging Lummus actions (with Lummus employees and in the name of SSK)
rendered SSK insolvent (Subpoena for docs issued by Lighthouse for Lummus records 3/26/21). LLR Electric (Arizona)
motion for relief (6/14/21). Pension plan matters finally concluded 12/23/21. New Mexico finally paid tax refund on
2/17/22. Move to close case in March. Conf with UPS about keeping the case open 3/30/22. 5/5/22 Motion for fee for atty
Keats. 5/9/22 call from Fed Pension--needs new form. 5/15/22 sign new form re Pension Fund and send to administrator for
missing beneficiaries. Pending final review with UPS, CIBC and prep to close case, exp 6/15/22. Orders on trustee
objections to POC's entered 7/18/22. As of 7/18/33 pending to prep TFR--waiting on CIBC to agree to changes in Final
Report.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 20-30891    JAL    Judge: Joan A. Lloyd | |
| Case Name: | System Solutions of Kentucky, LLC | |

| | |
|---|---|
| Trustee Name: | ROBERT W. KEATS, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/13/20 (f) |
| 341(a) Meeting Date: | 04/23/20 |
| Claims Bar Date: | 07/06/20 |

Initial Projected Date of Final Report (TFR): 06/30/22        Current Projected Date of Final Report (TFR): 12/30/22

_____ Date: 12/02/22

ROBERT W. KEATS, TRUSTEE

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

**FORM 2**

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit B**

| | |
|---|---|
| Case No: | 20-30891 -JAL |
| Case Name: | System Solutions of Kentucky, LLC |

| | |
|---|---|
| Trustee Name: | ROBERT W. KEATS, TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0143 Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******5750 |
| For Period Ending: | 12/02/22 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 3,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/20 | 2 | Wells Fargo PO Box 5131 Sioux Falls, SD 57117-5131 | Refund receipt | 1129-000 | 686.34 | | 686.34 |
| 04/14/20 | 1 | State of New Jersey Division of Taxation PO Box 259 Trenton, NJ 08646-0259 | Tax refund | 1124-000 | 146,261.92 | | 146,948.26 |
| 04/23/20 | 14 | Commonwealth of Pennsylvania Drawn on Wells Fargo Bank Philadelphia, PA | Tax Refund - PA | 1124-000 | 20,107.08 | | 167,055.34 |
| 05/15/20 | 16 | State of Florida Dept of Financial Services | Tax refund | 1124-000 | 5,835.51 | | 172,890.85 |
| 05/15/20 | 17 | Auditor State of Arkansas DFA - Revenue Services PO Box 1272 Little Rock, AR 72203-1272 | Tax Refund | 1124-000 | 300.00 | | 173,190.85 |
| 05/15/20 | 3 | Corporate Services 251 Little Falls Drive Wilmington, DE 19808-1674 | Other property | 1229-000 | 487.00 | | 173,677.85 |
| 06/12/20 | 4 | Wyatt 250 West Main Street, Ste. 1600 | Other property | 1229-002 | 517,585.02 | | 691,262.87 |

| | | | Page Subtotals | | 691,262.87 | 0.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 22.07c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

| Case No: | 20-30891 -JAL | | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
| Case Name: | System Solutions of Kentucky, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0143  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5750 | | | |
| For Period Ending: | 12/02/22 | | Blanket Bond (per case limit): | $  3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Lexington, KY 40507-1746 | | | | | |
| 10/09/20 | 002001 | CIBC BANK, USA<br>c/o Michael W. McClain<br>McClain Dewees, PLLC<br>6008 Brownsboro Park Blvd, Suite H<br>Louisville, KY 40207 | Non-Estate Funds Paid to Third Pers<br>Per ORDER # 102<br>Per ORDER # 102 | 8500-002 | | 100,000.00 | 591,262.87 |
| 10/09/20 | 002002 | UNITED PARCEL SERVICE, USA<br>c/o Edward M. King<br>Frost Brown Todd, LLC<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202 | Non-Estate Funds Paid to Third Pers<br>Per ORDER # 102<br>Per ORDER # 102 | 8500-002 | | 417,585.02 | 173,677.85 |
| 12/15/20 | 18 | State of Delaware<br>Revenue Refund Account<br>820 N. French Street, 9th Fl.<br>Wilmington, DE 19801 | Tax refund | 1224-000 | 310.50 | | 173,988.35 |
| 01/21/21 | 5 | W.M. Kelly Company, Inc.<br>620 Durgee Road<br>New Albany, IN 47150-8816 | Receipt - Settlement | 1149-000 | 7,000.00 | | 180,988.35 |
| 02/26/21 | 21 | State of Mississippi<br>Dept of Finance & Admin<br>PO Box 1060<br>Jaskson, MS 39215 | Tax Refund | 1124-000 | 27.28 | | 181,015.63 |
| 02/26/21 | 21 | State of Mississippi | Tax Refund | 1224-000 | 105.50 | | 181,121.13 |

| | | Page Subtotals | 7,443.28 | 517,585.02 | |

LFORM24

Ver: 22.07c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

Case No:        20-30891 -JAL
Case Name:   System Solutions of Kentucky, LLC

Taxpayer ID No:   *******5750
For Period Ending:   12/02/22

Trustee Name:           ROBERT W. KEATS, TRUSTEE
Bank Name:              Axos Bank
Account Number / CD #:   *******0143  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dept of Finance and Admin PO Box 1060 Jackson, MS 39215 | | | | | |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 180.49 | 180,940.64 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 199.79 | 180,740.85 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 193.13 | 180,547.72 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 199.36 | 180,348.36 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 192.70 | 180,155.66 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 198.91 | 179,956.75 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 198.70 | 179,758.05 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 192.07 | 179,565.98 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 198.26 | 179,367.72 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 191.65 | 179,176.07 |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 197.83 | 178,978.24 |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 197.63 | 178,780.61 |
| 02/17/22 | 15 | State of New Mexico | Tax refund receipt | 1124-000 | 11,632.92 | | 190,413.53 |

Page Subtotals          11,632.92          2,340.52

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 20-30891 -JAL | |
| Case Name: | System Solutions of Kentucky, LLC | |

Trustee Name: ROBERT W. KEATS, TRUSTEE
Bank Name: Axos Bank
Account Number / CD #: *******0143  Checking Account (Non-Interest Earn

Taxpayer ID No: *******5750
For Period Ending: 12/02/22

Blanket Bond (per case limit): $  3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dept. of Finance and Administration PO Box 2788 Santa Fe, NM 87503 | | | | | |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 181.19 | 190,232.34 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 210.04 | 190,022.30 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 203.04 | 189,819.26 |
| 05/31/22 | 002003 | Robert W. Keats KEATS & SCHWIETZ, PLLC P.O. Box 221377 Louisville, KY 40252-1377 | Atty fees - ORD # 134 | 3110-000 | | 6,669.00 | 183,150.26 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 710,339.07 | 527,188.81 | 183,150.26 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 710,339.07 | 527,188.81 | |
| Less: Payments to Debtors | | 517,585.02 | |
| Net | 710,339.07 | 9,603.79 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0143 | 710,339.07 | 9,603.79 | 183,150.26 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 710,339.07 | 9,603.79 | 183,150.26 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    7,263.27

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit B

| Case No: | 20-30891 -JAL | | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
| Case Name: | System Solutions of Kentucky, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0143  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5750 | | | |
| For Period Ending: | 12/02/22 | | Blanket Bond (per case limit): | $  3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******0143

| | | | | | Page Subtotals | 0.00 | 0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

LFORM24

Ver: 22.07c

| Page 1 | | CLAIMS REGISTER<br>ANALYSIS OF CLAIMS REGISTER | | | Date: December 02, 2022 |
|---|---|---|---|---|---|

Case Number:    20-30891
Debtor Name:    System Solutions of Kentucky, LLC
Claims Bar Date: 07/06/20

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 48<br><br>4220-00 | CIBC Bank USA<br>Attn: Hugh Wilder<br>120 LaSalle St.<br>Chicago, IL 60603 | Secured<br>Chapter 7  loan settlement approved per Order # 177 on 11/28/22 | | $0.00 | $125,000.00 | $125,000.00 |
| | Subtotal for Priority | | | $0.00 | $125,000.00 | $125,000.00 |
| 000042<br>054<br>5400-00 | Pension Benefit Guaranty Corporation<br>Attn: Office of the General Counsel<br>445 12th Street, SW<br>Washington, DC 20024-2101 | Priority<br>(42-1) Statutory Liability to the<br>System Solutions of Kentucky Cash Balance Pension Plan  unpaid minimum funding<br>contributions under 26  USC 412 and 430, 29 USC 1082,1342 and 1346(2).<br>(42-1) See Attached Statement in Support.<br><br>Funds sent to PBGC 5/15/22 | | $0.00 | $0.00 | $0.00 |
| 000043<br>054<br>5400-00 | Pension Benefit Guaranty Corporation<br>Attn: Office of the General Counsel<br>444 12th Street, SW<br>Washington, DC 20024-2101 | Priority<br>(43-1) Statutory Liability under 29<br>USC 1307 on account of the System Solutions of Kentucky Cash Balance Pension Plan.<br>(43-1) See Attached Statement in Support.<br><br>Funds sent to PBGC on 5/15/22 | | $0.00 | $0.00 | $0.00 |
| 000044<br>054<br>5400-00 | Pension Benefit Guaranty Corporation<br>Attn: Office of the General Counsel<br>445 12th Street, SW<br>Washington, DC 20024-2101 | Priority<br>(44-1) Pension Liabilities under 29<br>USC 1341(b) and 29 CFR 4041.21 for additional pension benefits owed from the<br>termination of the System Solutions of Kentucky, LLC Cash Balance Plan, pursuant to 11<br>USC 501(b), Fed R. Bank. Proc 3005(a)<br>(44-1) See Attached Statement in Support.<br><br>Funds sent to PBGC on 5/15/22 | | $0.00 | $0.00 | $0.00 |
| 000045<br>054<br>5400-00 | Pension Benefit Guaranty Corporation<br>Attn: Office of the General Counsel<br>445 12th Street, SW<br>Washington, DC 20024-2101 | Priority<br>(45-1) Statutory Liability under 29<br>USC 1362 and 1368 for unfunded benefit liabilities of the System Solutions of Kentucky<br>Cash Balance Pension Plan.<br>(45-1) See Attached Statement in Support.<br><br>Funds sent to PBGC on 5/15/22 | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 054 | | | $0.00 | $0.00 | $0.00 |
| 000046<br>058<br>5800-00 | City of Aurora<br>15151 E Alameda Pkwy<br>Aurora, CO 80012 | Priority<br>(46-1) Trust taxes collected and<br>not remitted to the City of Aurora<br>TARDY CLAIM - Objection # 135<br>Disallowed ORD #148 | | $0.00 | $212,493.03 | $0.00 |

| | | | | CLAIMS REGISTER | | Date: December 02, 2022 |
|---|---|---|---|---|---|---|

Page 2 — ANALYSIS OF CLAIMS REGISTER

Case Number:    20-30891
Debtor Name:    System Solutions of Kentucky, LLC          Priority Sequence          Joint Debtor:
Claims Bar Date: 07/06/20

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000047 058 5800-00 | Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001 | Priority | TARDY CLAIM Objection # 136 - Disallowed ORD # 149 | $0.00 | $822.49 | $0.00 |
| | Subtotal for Priority 058 | | | $0.00 | $213,315.52 | $0.00 |
| 000001 070 7100-00 | Airgas USA LLC 110 West 7th Street Suite 1300 Tulsa, OK 74119 | Unsecured | | $0.00 | $7,520.74 | $7,520.74 |
| 000002 070 7100-00 | Landstar Ligon, Inc. 13410 Sutton Park Dr South Jacksonville, FL 32224 | Unsecured | | $0.00 | $143,214.00 | $143,214.00 |
| 000003 070 7100-00 | O'Neal Steel LLC c/o Lloyd & McDaniel PLC PO Box 23200 Louisville KY 40223-0200 | Unsecured | | $0.00 | $47,018.09 | $47,018.09 |
| 000004 070 7100-00 | AHERN RENTALS 1401 Mineral Ave Las Vegas, NV 89106 | Unsecured | | $0.00 | $21,427.69 | $21,427.69 |
| 000005 070 7100-00 | Miami Valley Steel 201 Fox Drive Piqua, OH 45356 | Unsecured | | $0.00 | $4,933.96 | $4,933.96 |
| 000006 070 7100-00 | Ahern Rentals Inc 1401 Mineral Ave Las Vegas NV 89106 | Unsecured | Objection # 137 - Duplicate Claiim - compared to POC # 4. Disallowed ORD # 150 | $0.00 | $21,427.69 | $0.00 |
| 000007 070 7100-00 | National Construction Rentals, Inc. PO Box 4503 Pacoima, CA 91333 | Unsecured | | $0.00 | $7,166.43 | $7,166.43 |
| 000008 070 7100-00 | R & M Welding Products 105 Willliams Way Wilder, KY 41076 | Unsecured | | $0.00 | $13,531.50 | $13,531.50 |
| 000009 070 7100-00 | Richard M Kern 234 Sandero Dr Highland Village, TX 75077 | Unsecured | Objection # 140 - No supporting documents Disallowed ORD # 150 | $0.00 | $3,940.00 | $0.00 |
| 000010 070 7100-00 | Old Dominion Freight Line 500 Old Dominion Way Thomasville, NC 27360 | Unsecured | Objection # 141 - No Supporting Documents WITHDRAWN 6/28/22  DOC # 145- supporting documents provided | $0.00 | $33,247.50 | $33,247.50 |
| 000011 070 7100-00 | Quality Supply & Tool 5722 S. Harding Street Indianapolis, IN 46217 | Unsecured | | $0.00 | $4,094.84 | $4,094.84 |

|  | | CLAIMS REGISTER | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: December 02, 2022 |

Case Number:    20-30891
Debtor Name:    System Solutions of Kentucky, LLC                     **Priority Sequence**
Claims Bar Date: 07/06/20                                   Joint Debtor:

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 000012 070 7100-00 | Quality Supply & Tool 5722 S. Harding Street Indianapolis, IN 46217 | Unsecured | $0.00 | $2,393.42 | $2,393.42 |
| 000013 070 7100-00 | EMIT, Inc. 315 Wilhagan Rd Nashville, TN 37217 | Unsecured | $0.00 | $342,905.00 | $342,905.00 |
| 000014 070 7100-00 | MWS METAL WELDING SERVICE INC. 4671 Cheryl Lane Kaufman, TX 75142 | Unsecured | $0.00 | $90,250.00 | $90,250.00 |
| 000015 070 7100-00 | RH Management Resources Robert Half Attn: Karen Lima PO Box 5024 San Ramon, CA 94583 | Unsecured | $0.00 | $6,716.50 | $6,716.50 |
| 000016 070 7100-00 | Cactus Welding, Inc. 13905 S. 154th St Gilbert, AZ 85296 | Unsecured   Objection # 142 - no supporting documents   Disallowed ORD # 152 | $0.00 | $22,148.56 | $0.00 |
| 000017 070 7100-00 | IPC Lyndon, LLC 284 Bodwell Street Avon, MA 02322 | Unsecured   (17-1) Work performed under   subcontract | $0.00 | $216,718.33 | $216,718.33 |
| 000018 070 7100-00 | Uline PO Box 88741 Chicago, IL 60680 | Unsecured | $0.00 | $7,022.39 | $7,022.39 |
| 000019 070 7100-00 | Midwest Machine Service c/o Avery & Schuman, PLC 115 N Watterson Trail Suite 101 Louisville, KY 40243 | Unsecured | $0.00 | $702,939.00 | $702,939.00 |
| 000020 070 7100-00 | Herc Rentals Inc 27500 Riverview Center Blvd Bonita Springs, Fl 34120 | Unsecured   (20-1) Equipment Rental   Services   (20-1) N/A | $0.00 | $229,292.74 | $229,292.74 |
| 000021 070 7100-00 | Hytrol Conveyor Co., Inc. 2020 Hytrol St Jonesboro, AR 72401 | Unsecured | $0.00 | $6,042.31 | $6,042.31 |
| 000022 070 7100-00 | EASI, LLC 7301 Parkway Drive Hanover, MD 21076 | Unsecured   Objection # 143 - supporting documents - provided   Trustee's Objection Withdrawn Doc # 147. | $0.00 | $148,398.21 | $148,398.21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 4 | | CLAIMS REGISTER<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 02, 2022 |

Case Number:   20-30891

Debtor Name:   System Solutions of Kentucky, LLC

Claims Bar Date: 07/06/20

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000023<br>070<br>7100-00 | COPPER STATE BOLT & NUT CO.<br>3622 N. 34th Ave<br>Phoenix, AZ 85017 | Unsecured | | $0.00 | $13,076.56 | $13,076.56 |
| 000024<br>070<br>7100-00 | JWilco Enterprises<br>Mooser and Associates, LLC<br>c/o Michael Hayes<br>100 Mallard Creek Road,Suite 400<br>Louisville, KY 40207 | Unsecured | | $0.00 | $8,399.44 | $8,399.44 |
| 000025<br>070<br>7100-00 | Airgas USA LLC<br>6055 Rockside Woods Blvd<br>Independence, OH 44131 | Unsecured | | $0.00 | $2,309.73 | $2,309.73 |
| 000026<br>070<br>7100-00 | Lighthouse Transportation Services,<br>LLC<br>100 West Sixth Street<br>Covington, KY 41011 | Unsecured | Relief from stay and abandonment ORDER # 94 | $0.00 | $711,115.82 | $711,115.82 |
| 000027<br>070<br>7100-00 | FedEx Corporate Services, Inc<br>3965 Airways Blvd, Module G, 3rd Fl<br>Memphis, TN 38116-5017 | Unsecured | | $0.00 | $1,032.50 | $1,032.50 |
| 000028<br>070<br>7100-00 | LEAF<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 | Unsecured | | $0.00 | $9,093.19 | $9,093.19 |
| 000029<br>070<br>7100-00 | Fabtration LLC<br>562 Maplewood Blvd.<br>Georgetown, IN 47122 | Unsecured | | $0.00 | $119,797.08 | $119,797.08 |
| 000030<br>070<br>7100-00 | CIBC Bank USA<br>Attn: Hugh Wilder<br>120 LaSalle Street<br>Chicago, Il 60603 | Unsecured | Amount of unsecured claim adjusted per Order # 177 om 11/28/2022. Pre pet. loan unsecured portion. | $23,801,169.57 | $23,676,169.57 | $23,676,169.57 |
| 000031<br>070<br>7100-00 | Ridley Excavating, Inc.<br>c/o John Opdenaker<br>PO Box 412<br>Glen Mills, PA 19342 | Unsecured | | $0.00 | $118,018.80 | $118,018.80 |
| 000032<br>070<br>7100-00 | Fast Global Solutions<br>20631 State Hwy 55<br>Glenwood, MN 56334-0231 | Unsecured | | $0.00 | $16,193.84 | $16,193.84 |
| 000033<br>070<br>7100-00 | Stock Manufacturing and Design Co<br>c/o W. Timothy Miller, Taft Law<br>425 Walnut Street Suite 1800<br>Cincinnati, OH 45202 | Unsecured | | $0.00 | $273,050.00 | $273,050.00 |
| 000034<br>070<br>7100-00 | CL Rieckoff<br>26265 Northline Rd<br>Taylor, MI 48180 | Unsecured | | $0.00 | $110,155.00 | $110,155.00 |

| | | | | | CLAIMS REGISTER | | |
|---|---|---|---|---|---|---|---|
Page 5        ANALYSIS OF CLAIMS REGISTER      Date: December 02, 2022

Case Number:    20-30891          Priority Sequence
Debtor Name:    System Solutions of Kentucky, LLC        Joint Debtor:
Claims Bar Date: 07/06/20

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000035<br>070<br>7100-00 | W.M. KELLEY COMPANY, INC.<br>c/o Justin E. Endress<br>126 W. Spring Street<br>New Albany, IN 47150 | Unsecured<br>Claim satisfied in agreed order. | | $0.00 | $0.00 | $0.00 |
| 000036<br>070<br>7100-00 | LLR ELECTRIC, INC.<br>4802 E Ray Rd Ste 23 PMB 209<br>Phoenix, AZ 85044 | Unsecured<br>(36-1) see attachment<br>Relief from stay and abandonment ORDER # 131 | | $0.00 | $1,810,447.11 | $1,810,447.11 |
| 000037<br>070<br>7100-00 | Intralox, L.L.C.<br>c/o John W. Joyce<br>Barrasso Usdin LLC<br>909 Poydras Street, Suite 2350<br>New Orleans, LA 70112 | Unsecured | | $0.00 | $1,513,217.67 | $1,513,217.67 |
| 000038<br>070<br>7100-00 | Alliant Technologies<br>2080 Nelson Miller Pkwy<br>Louisville, KY 40223 | Unsecured | | $0.00 | $1,104,821.71 | $1,104,821.71 |
| 000039<br>070<br>7100-00 | Mode Transportation, LLC<br>6077 Primacy Parkway, Suite 400<br>Memphis, TN 38119 | Unsecured<br>(39-1) Services performed<br>(transportation and logistics services) | | $0.00 | $313,382.79 | $313,382.79 |
| 000040<br>070<br>7100-00 | United Parcel Service, Inc.<br>55 Glenlake Pkwy NE<br>Atlanta, GA 30328 | Unsecured<br>(40-1) Breach of contract. | | $0.00 | $77,384,398.00 | $77,384,398.00 |
| | Subtotal for Priority 070 | | | $23,801,169.57 | $109,267,027.71 | $109,219,511.46 |
| 000041<br>080<br>7200-00 | Thackray Crane Rental, Inc.<br>2071 Byberry Rd<br>Philadelphia, PA 19116 | Unsecured<br>(41-1) No amount listed on Official<br>TARDY POC  - No $$$ amount listed. | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 080 | | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $23,801,169.57 | $109,605,343.23 | $109,344,511.46 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-30891
Case Name: System Solutions of Kentucky, LLC
Trustee Name: ROBERT W. KEATS, TRUSTEE

Balance on hand           $    183,150.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 48 | CIBC Bank USA Attn: Hugh Wilder 120 LaSalle St. Chicago, IL 60603 | $ 125,000.00 | $ 125,000.00 | $ 0.00 | $ 125,000.00 |

Total to be paid to secured creditors      $    125,000.00

Remaining Balance          $    58,150.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT W. KEATS, TRUSTEE | $ 12,887.70 | $ 0.00 | $ 12,887.70 |
| Trustee Expenses: ROBERT W. KEATS, TRUSTEE | $ 1,055.12 | $ 0.00 | $ 1,055.12 |

Total to be paid for chapter 7 administrative expenses    $    13,942.82

Remaining Balance          $    44,207.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000042 | Pension Benefit Guaranty Corporation<br>Attn: Office of the General Counsel<br>445 12th Street, SW<br>Washington, DC 20024-2101 | $            0.00 | $            0.00 | $            0.00 |
| 000043 | Pension Benefit Guaranty Corporation<br>Attn: Office of the General Counsel<br>444 12th Street, SW<br>Washington, DC 20024-2101 | $            0.00 | $            0.00 | $            0.00 |
| 000044 | Pension Benefit Guaranty Corporation<br>Attn: Office of the General Counsel<br>445 12th Street, SW<br>Washington, DC 20024-2101 | $            0.00 | $            0.00 | $            0.00 |
| 000045 | Pension Benefit Guaranty Corporation<br>Attn: Office of the General Counsel<br>445 12th Street, SW<br>Washington, DC 20024-2101 | $            0.00 | $            0.00 | $            0.00 |

Total to be paid to priority creditors          $                    0.00

Remaining Balance                                          $              44,207.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,219,511.46  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Airgas USA LLC<br>110 West 7th Street Suite 1300<br>Tulsa, OK 74119 | $ 7,520.74 | $ 0.00 | $ 3.04 |
| 000002 | Landstar Ligon, Inc.<br>13410 Sutton Park Dr South<br>Jacksonville, FL 32224 | $ 143,214.00 | $ 0.00 | $ 57.97 |
| 000003 | O'Neal Steel LLC<br>c/o Lloyd & McDaniel PLC<br>PO Box 23200<br>Louisville KY 40223-0200 | $ 47,018.09 | $ 0.00 | $ 19.03 |
| 000004 | AHERN RENTALS<br>1401 Mineral Ave<br>Las Vegas, NV 89106 | $ 21,427.69 | $ 0.00 | $ 8.67 |
| 000005 | Miami Valley Steel<br>201 Fox Drive<br>Piqua, OH 45356 | $ 4,933.96 | $ 0.00 | $ 2.00 |
| 000007 | National Construction Rentals, Inc.<br>PO Box 4503<br>Pacoima, CA 91333 | $ 7,166.43 | $ 0.00 | $ 2.90 |
| 000008 | R & M Welding Products<br>105 Willliams Way<br>Wilder, KY 41076 | $ 13,531.50 | $ 0.00 | $ 5.48 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Old Dominion Freight Line<br>500 Old Dominion Way<br>Thomasville, NC 27360 | $ 33,247.50 | $ 0.00 | $ 13.46 |
| 000011 | Quality Supply & Tool<br>5722 S. Harding Street<br>Indianapolis, IN 46217 | $ 4,094.84 | $ 0.00 | $ 1.66 |
| 000012 | Quality Supply & Tool<br>5722 S. Harding Street<br>Indianapolis, IN 46217 | $ 2,393.42 | $ 0.00 | $ 0.97 |
| 000013 | EMIT, Inc.<br>315 Wilhagan Rd<br>Nashville, TN 37217 | $ 342,905.00 | $ 0.00 | $ 138.79 |
| 000014 | MWS METAL WELDING SERVICE INC.<br>4671 Cheryl Lane<br>Kaufman, TX 75142 | $ 90,250.00 | $ 0.00 | $ 36.53 |
| 000015 | RH Management Resources<br>Robert Half Attn: Karen Lima<br>PO Box 5024<br>San Ramon, CA 94583 | $ 6,716.50 | $ 0.00 | $ 2.72 |
| 000017 | IPC Lyndon, LLC<br>284 Bodwell Street<br>Avon, MA 02322 | $ 216,718.33 | $ 0.00 | $ 87.72 |
| 000018 | Uline<br>PO Box 88741<br>Chicago, IL 60680 | $ 7,022.39 | $ 0.00 | $ 2.84 |
| 000019 | Midwest Machine Service<br>c/o Avery & Schuman, PLC<br>115 N Watterson Trail<br>Suite 101<br>Louisville, KY 40243 | $ 702,939.00 | $ 0.00 | $ 284.52 |
| 000020 | Herc Rentals Inc<br>27500 Riverview Center Blvd<br>Bonita Springs, Fl 34120 | $ 229,292.74 | $ 0.00 | $ 92.81 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Hytrol Conveyor Co., Inc.<br>2020 Hytrol St<br>Jonesboro, AR 72401 | $ 6,042.31 | $ 0.00 | $ 2.44 |
| 000022 | EASI, LLC<br>7301 Parkway Drive<br>Hanover, MD 21076 | $ 148,398.21 | $ 0.00 | $ 60.07 |
| 000023 | COPPER STATE BOLT & NUT CO.<br>3622 N. 34th Ave<br>Phoenix, AZ 85017 | $ 13,076.56 | $ 0.00 | $ 5.29 |
| 000024 | JWilco Enterprises<br>Mooser and Associates, LLC<br>c/o Michael Hayes<br>100 Mallard Creek Road,Suite 400<br>Louisville, KY 40207 | $ 8,399.44 | $ 0.00 | $ 3.40 |
| 000025 | Airgas USA LLC<br>6055 Rockside Woods Blvd<br>Independence, OH 44131 | $ 2,309.73 | $ 0.00 | $ 0.93 |
| 000026 | Lighthouse Transportation Services, LLC<br>100 West Sixth Street<br>Covington, KY 41011 | $ 711,115.82 | $ 0.00 | $ 287.83 |
| 000027 | FedEx Corporate Services, Inc<br>3965 Airways Blvd, Module G, 3rd Fl<br>Memphis, TN 38116-5017 | $ 1,032.50 | $ 0.00 | $ 0.42 |
| 000028 | LEAF<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 | $ 9,093.19 | $ 0.00 | $ 3.68 |
| 000029 | Fabtration LLC<br>562 Maplewood Blvd.<br>Georgetown, IN 47122 | $ 119,797.08 | $ 0.00 | $ 48.49 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | CIBC Bank USA<br>Attn: Hugh Wilder<br>120 LaSalle Street<br>Chicago, Il 60603 | $ 23,676,169.57 | $ 0.00 | $ 9,583.11 |
| 000031 | Ridley Excavating, Inc.<br>c/o John Opdenaker<br>PO Box 412<br>Glen Mills, PA 19342 | $ 118,018.80 | $ 0.00 | $ 47.77 |
| 000032 | Fast Global Solutions<br>20631 State Hwy 55<br>Glenwood, MN 56334-0231 | $ 16,193.84 | $ 0.00 | $ 6.55 |
| 000033 | Stock Manufacturing and Design Co<br>c/o W. Timothy Miller, Taft Law<br>425 Walnut Street Suite 1800<br>Cincinnati, OH 45202 | $ 273,050.00 | $ 0.00 | $ 110.52 |
| 000034 | CL Rieckoff<br>26265 Northline Rd<br>Taylor, MI 48180 | $ 110,155.00 | $ 0.00 | $ 44.59 |
| 000035 | W.M. KELLEY COMPANY, INC.<br>c/o Justin E. Endress<br>126 W. Spring Street<br>New Albany, IN 47150 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000036 | LLR ELECTRIC, INC.<br>4802 E Ray Rd Ste 23<br>PMB 209<br>Phoenix, AZ 85044 | $ 1,810,447.11 | $ 0.00 | $ 732.79 |
| 000037 | Intralox, L.L.C.<br>c/o John W. Joyce<br>Barrasso Usdin LLC<br>909 Poydras Street, Suite 2350<br>New Orleans, LA 70112 | $ 1,513,217.67 | $ 0.00 | $ 612.49 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 000038 | Alliant Technologies 2080 Nelson Miller Pkwy Louisville, KY 40223 | $     1,104,821.71 | $             0.00 | $           447.19 |
| 000039 | Mode Transportation, LLC 6077 Primacy Parkway, Suite 400 Memphis, TN 38119 | $        313,382.79 | $             0.00 | $           126.84 |
| 000040 | United Parcel Service, Inc. 55 Glenlake Pkwy NE Atlanta, GA 30328 | $   77,384,398.00 | $             0.00 | $      31,321.93 |

Total to be paid to timely general unsecured creditors     $            44,207.44

Remaining Balance     $                    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE