UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

In Re: §
§
System Solutions of Kentucky, LLC § Case No. 20-30891 JAL
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT W. KEATS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 5,926,125.20                  Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 169,207.44     Claims Discharged
                                                 Without Payment: 109,175,912.90

Total Expenses of Administration: 23,546.61

---

3) Total gross receipts of $ 710,339.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 517,585.02 (see **Exhibit 2**), yielded net receipts of $ 192,754.05 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 125,000.00 | $ 125,000.00 | $ 125,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,546.61 | 23,546.61 | 23,546.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 213,315.52 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,801,169.57 | 109,267,027.71 | 109,220,120.34 | 44,207.44 |
| **TOTAL DISBURSEMENTS** | $ 23,801,169.57 | $ 109,628,889.84 | $ 109,368,666.95 | $ 192,754.05 |

4)  This case was originally filed under chapter 7 on 03/13/2020 . The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2023     By:/s/ROBERT W. KEATS, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS - New Jersey | 1124-000 | 146,261.92 |
| Tax Refunds - Pennsylvania | 1124-000 | 20,107.08 |
| Tax Refund - New Mexico | 1124-000 | 11,632.92 |
| Tax Refund - Florida | 1124-000 | 5,835.51 |
| Tax Refund - Arkansas | 1124-000 | 300.00 |
| Tax Refund - Mississippi | 1124-000 | 27.28 |
| Wells Fargo Bank- Payroll Acct # 8134 | 1129-000 | 686.34 |
| Claim Against WM Kelly Co, | 1149-000 | 7,000.00 |
| Tax Refund - Delaware | 1224-000 | 310.50 |
| Tax Refund - Mississippi | 1224-000 | 105.50 |
| Corporate Services refund | 1229-000 | 487.00 |
| ACCOUNTS RECEIVABLE <90 days | 1229-002 | 517,585.02 |
| TOTAL GROSS RECEIPTS | | $710,339.07 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CIBC BANK, USA | Non-Estate Funds Paid to Third Parties | 8500-002 | 100,000.00 |
| UNITED PARCEL SERVICE, USA | Non-Estate Funds Paid to Third Parties | 8500-002 | 417,585.02 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 517,585.02 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 48 | CIBC | 4220-000 | NA | 125,000.00 | 125,000.00 | 125,000.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 125,000.00 | $ 125,000.00 | $ 125,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT W. KEATS, TRUSTEE | 2100-000 | NA | 12,887.70 | 12,887.70 | 12,887.70 |
| TRUSTEE EXPENSES:ROBERT W. KEATS, TRUSTEE | 2200-000 | NA | 1,055.12 | 1,055.12 | 1,055.12 |
| Axos Bank | 2600-000 | NA | 2,934.79 | 2,934.79 | 2,934.79 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):KEATS, ROBERT W. | 3110-000 | NA | 6,669.00 | 6,669.00 | 6,669.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 23,546.61 | $ 23,546.61 | $ 23,546.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000042 | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 0.00 | 0.00 | 0.00 |
| 000043 | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 0.00 | 0.00 | 0.00 |
| 000044 | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000045 | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 0.00 | 0.00 | 0.00 |
| 000046 | CITY OF AURORA | 5800-000 | NA | 212,493.03 | 0.00 | 0.00 |
| 000047 | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | NA | 822.49 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 213,315.52 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AHERN RENTALS | 7100-000 | NA | 21,427.69 | 21,427.69 | 8.67 |
| 000006 | AHERN RENTALS INC | 7100-000 | NA | 21,427.69 | 0.00 | 0.00 |
| 000038 | ALLIANT TECHNOLOGIES | 7100-000 | NA | 1,104,821.71 | 1,104,821.71 | 447.19 |
| 000016 | CACTUS WELDING, INC. | 7100-000 | NA | 22,148.56 | 0.00 | 0.00 |
| 000030 | CIBC BANK USA | 7100-000 | 23,801,169.57 | 23,676,169.57 | 23,676,169.57 | 9,583.11 |
| 000034 | CL RIECKOFF | 7100-000 | NA | 110,155.00 | 110,155.00 | 44.59 |
| 000023 | COPPER STATE BOLT & NUT CO. | 7100-000 | NA | 13,076.56 | 13,076.56 | 5.29 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000022 | EASI, LLC | 7100-000 | NA | 148,398.21 | 148,398.21 | 60.07 |
| 000013 | EMIT, INC. | 7100-000 | NA | 342,905.00 | 342,905.00 | 138.79 |
| 000029 | FABTRATION LLC | 7100-000 | NA | 119,797.08 | 119,797.08 | 48.49 |
| 000032 | FAST GLOBAL SOLUTIONS | 7100-000 | NA | 16,193.84 | 16,193.84 | 6.55 |
| 000020 | HERC RENTALS INC | 7100-000 | NA | 229,292.74 | 229,292.74 | 92.81 |
| 000037 | INTRALOX, L.L.C. | 7100-000 | NA | 1,513,217.67 | 1,513,217.67 | 612.49 |
| 000017 | IPC LYNDON, LLC | 7100-000 | NA | 216,718.33 | 216,718.33 | 87.72 |
| 000002 | LANDSTAR LIGON, INC. | 7100-000 | NA | 143,214.00 | 143,214.00 | 57.97 |
| 000026 | LIGHTHOUSE TRANSPORTATION SERVICES, | 7100-000 | NA | 711,115.82 | 711,115.82 | 0.00 |
| 000036 | LLR ELECTRIC, INC. | 7100-000 | NA | 1,810,447.11 | 1,810,447.11 | 732.79 |
| 000019 | MIDWEST MACHINE SERVICE | 7100-000 | NA | 702,939.00 | 702,939.00 | 0.00 |
| 000039 | MODE TRANSPORTATION, LLC | 7100-000 | NA | 313,382.79 | 313,382.79 | 126.84 |
| 000014 | MWS METAL WELDING SERVICE INC. | 7100-000 | NA | 90,250.00 | 90,250.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | O'NEAL STEEL LLC | 7100-000 | NA | 47,018.09 | 47,018.09 | 19.03 |
| 000010 | OLD DOMINION FREIGHT LINE | 7100-000 | NA | 33,247.50 | 33,247.50 | 13.46 |
| 000008 | R & M WELDING PRODUCTS | 7100-000 | NA | 13,531.50 | 13,531.50 | 5.48 |
| 000009 | RICHARD M KERN | 7100-000 | NA | 3,940.00 | 0.00 | 0.00 |
| 000031 | RIDLEY EXCAVATING, INC. | 7100-000 | NA | 118,018.80 | 118,018.80 | 47.77 |
| 000033 | STOCK MANUFACTURING AND DESIGN CO | 7100-000 | NA | 273,050.00 | 273,050.00 | 110.52 |
| 000040 | UNITED PARCEL SERVICE, INC. | 7100-000 | NA | 77,384,398.00 | 77,384,398.00 | 31,321.93 |
| 000035 | W.M. KELLEY COMPANY, INC. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000001 | AIRGAS USA LLC | 7100-001 | NA | 7,520.74 | 7,520.74 | 3.04 |
| 000025 | AIRGAS USA LLC | 7100-001 | NA | 2,309.73 | 2,309.73 | 0.93 |
| 000027 | FEDEX CORPORATE SERVICES, INC | 7100-001 | NA | 1,032.50 | 1,032.50 | 0.42 |
| 000021 | HYTROL CONVEYOR CO., INC. | 7100-001 | NA | 6,042.31 | 6,042.31 | 2.44 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | JWILCO ENTERPRISES | 7100-001 | NA | 8,399.44 | 8,399.44 | 3.40 |
| 000028 | LEAF | 7100-001 | NA | 9,093.19 | 9,093.19 | 3.68 |
| 000005 | MIAMI VALLEY STEEL | 7100-001 | NA | 4,933.96 | 4,933.96 | 2.00 |
| 000007 | NATIONAL CONSTRUCTION RENTALS, INC. | 7100-001 | NA | 7,166.43 | 7,166.43 | 2.90 |
| 000011 | QUALITY SUPPLY & TOOL | 7100-001 | NA | 4,094.84 | 4,094.84 | 1.66 |
| 000012 | QUALITY SUPPLY & TOOL | 7100-001 | NA | 2,393.42 | 2,393.42 | 0.97 |
| 000015 | RH MANAGEMENT RESOURCES | 7100-001 | NA | 6,716.50 | 6,716.50 | 2.72 |
| 000018 | ULINE | 7100-001 | NA | 7,022.39 | 7,022.39 | 2.84 |
|  | US BANKRUPTCY COURT CLERK | 7100-001 | NA | 0.00 | 608.88 | 608.88 |
| 000041 | THACKRAY CRANE RENTAL, INC. | 7200-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 23,801,169.57 | $ 109,267,027.71 | $ 109,220,120.34 | $ 44,207.44 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 20-30891 | JAL | Judge: Joan A. Lloyd |
|---|---|---|---|
| Case Name: | System Solutions of Kentucky, LLC | | |
| For Period Ending: | 05/03/23 | | |

| Trustee Name: | ROBERT W. KEATS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/13/20 (f) |
| 341(a) Meeting Date: | 04/23/20 |
| Claims Bar Date: | 07/06/20 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. TAX REFUNDS - New Jersey  Deposit 4/14/20 | 146,000.00 | 0.00 | | 146,261.92 | FA | 0.00 | 0.00 |
| 2. Wells Fargo Bank- Payroll Acct # 8134  Account Ending 8134.- Deposit 4/14/20 | 0.00 | 0.00 | | 686.34 | FA | 0.00 | 0.00 |
| 3. Corporate Services refund (u)  Deposit 5/15/20 - Other Schedule B property | 0.00 | 487.00 | | 487.00 | FA | 0.00 | 0.00 |
| 4. ACCOUNTS RECEIVABLE <90 days  Deposit 6/12/20 -- UPS Receivable. Collection listed in Sales shared via agreed order between CIBC and UPS. | 11,640.12 | 0.00 | | 517,585.02 | FA | 0.00 | 0.00 |
| 5. Claim Against WM Kelly Co,  Settlement re: SSK v. WM Kelly Co. (Order Doc. # 108) refers to Doc # 104 settlement.  All equipment abandoned # 89 / Order # 103 | 1,407,746.57 | 7,000.00 | OA | 7,000.00 | FA | 0.00 | 0.00 |
| 6. CIBC Bank USA - Disbursement Acct # 4090  All Account funds to CIBC Order # 122 | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 7. CIBC Bank USA - Operating Acct # 6106  All Account to CIBC - Order # 122 | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 8. Q2 Chamberlain Storage Unit Lease # 3701  Prepayment, Not a receivable - Taken for past due rents, Docs to atty for SSK | 3,436.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. OFFICE EQUIPMENT, FURNISHINGS, AND  Collected by landlord for past due rent. | 13,400.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 10. ACCOUNTS RECEIVABLE >90 days  Greater than 90 days - $20,212,295.22  if any, to CIBC Order 122 | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 11. Conveying Apparatus  Doc # 103 | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 12. Internet Domain name/websites  No value | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. Quickbooks License  No value | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. Tax Refunds - Pennsylvania  Deposit 4/23/20 | 20,107.00 | 20,107.08 | | 20,107.08 | FA | 0.00 | 0.00 |
| 15. Tax Refund - New Mexico  Deposit 2/17/22 after months of contacting.. | 12,732.00 | 11,632.92 | | 11,632.92 | FA | 0.00 | 0.00 |
| 16. Tax Refund - Florida (u)  Deposit 5/15/20 | 0.00 | 5,835.51 | | 5,835.51 | FA | 0.00 | 0.00 |
| 17. Tax Refund - Arkansas (u)  Deposit 5/15/20 | 0.00 | 300.00 | | 300.00 | FA | 0.00 | 0.00 |
| 18. Tax Refund - Delaware (u)  Deposit12/15/20 | 0.00 | 310.50 | | 310.50 | FA | 0.00 | 0.00 |
| 19. Intercompany Transfer re: Lummus | 4,372,537.63 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| Case No: | 20-30891 | JAL | Judge: Joan A. Lloyd |
|---|---|---|---|
| Case Name: | System Solutions of Kentucky, LLC | | |

| Trustee Name: | ROBERT W. KEATS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/13/20 (f) |
| 341(a) Meeting Date: | 04/23/20 |
| Claims Bar Date: | 07/06/20 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| Lummus is the parent company of SSK. The only statement relating to intercompany transfers in the SOFA is found on Page 64. Therein Lummus debited SSK's account $669,915.81 for goods sold to the debtor. Otherwise there is no supporting statement in the attoreny's notes (pg 64) supporting the amount Lummus owes SSK. Further, the relationship of Lummus, SSK, and others, who are parties to a note owed to CIBC is more fully described in Trustee's Doc # 115.. However, the amount owed is an offset on the CIBC note--CIBC is allowed to recop nearly all assets recovered in this bankrutpcy case per Doc # 122 granting the motion for reief from stay. | | | | | | | |
| 20. Set-off by CIBC Bank<br>CIBC will recapture per Doc. # 122.--Order for relief from stay. | 129,005.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 21. Tax Refund - Mississippi (u)<br>Deposit 2/26/21 | 0.00 | 132.78 | | 132.78 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $6,116,604.32 | $45,805.79 | | $710,339.07 | $0.00 | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset, but CIBC alleges control over all assets of SSK. Heavy litigation with UPS and other creditors, also potential litigation with parent company of SSK--Lummus Co.. 2004 Exam 7/24/20. Responde to motions of CIBC to abandon CIBC claims 12/11/20, TR might have claims vs CIBC. On 12/14/20 UPS discussions pending about CIBC claims. Trustee settled the Kelly Co. case in Indiana 12/15/20 (Ord # 108). Motion of CIBC to lift stay on ALL SSK assets--TR Objections filed 1/1/21, joined by creditor UPS. After hearing on 1/12/21 Stay was lifter for CIBC to collect assets of the estate. 3/2021 monitoring collection of CIBC assets if in excess of $21 Mil. Case holding to see if there are assets over $21 Mil.
Kenton Circuit Ct, KY, Case # 19-0303: Lighthouse Transportation (creditor of SSK) amends its complint vs. SSK to add LUMMUS Corp, SSKs parent company alleging circumstances (also alleged by Trustee in related actions) that Lummus shoudl be held liable for SSKs olbigations -- further alleging Lummus actions (with Lummus employees and in the name of SSK) rendered SSK insolvent (Subpoena for docs issued by Lighthouse for Lummus records 3/26/21). LLR Electric (Arizona) motion for relief (6/14/21). Pension plan matters finally concluded 12/23/21. New Mexico finally paid tax refund on 2/17/22. Move to close case in March. Conf with UPS about keeping the case open 3/30/22. 5/5/22 Motion for fee for atty Keats. 5/9/22 call from Fed Pension--needs new form. 5/15/22 sign new form re Pension Fund and send to administrator for missing beneficiaries. Pending final review with UPS, CIBC and prep to close case, exp 6/15/22. Orders on trustee objections to POC's entered

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 20-30891   JAL   Judge: Joan A. Lloyd | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
| Case Name: | System Solutions of Kentucky, LLC | Date Filed (f) or Converted (c): | 03/13/20 (f) |
| | | 341(a) Meeting Date: | 04/23/20 |
| | | Claims Bar Date: | 07/06/20 |

7/18/22. As of 7/18/33 pending to prep TFR--waiting on CIBC to agree to changes in Final Report.
Agreed motion entered 11/28/22. TFR filed 12/5/22..TDR pending posting of 3 disbursements ($608.88).
Will stop payment on the 3 checks on 4/7/2023 and reissue to BK court clerk.  TDR to be filed
following copy of bank statement showing zero balance.

Initial Projected Date of Final Report (TFR): 06/30/22     Current Projected Date of Final Report (TFR): 05/30/23

_____ Date: 05/03/23
ROBERT W. KEATS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 20-30891 -JAL | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | System Solutions of Kentucky, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0143 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5750 | | |
| For Period Ending: | 05/03/23 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/20 | 2 | Wells Fargo<br>PO Box 5131<br>Sioux Falls, SD 57117-5131 | Refund receipt | 1129-000 | 686.34 | | 686.34 |
| 04/14/20 | 1 | State of New Jersey<br>Division of Taxation<br>PO Box 259<br>Trenton, NJ 08646-0259 | Tax refund | 1124-000 | 146,261.92 | | 146,948.26 |
| 04/23/20 | 14 | Commonwealth of Pennsylvania<br>Drawn on Wells Fargo Bank<br>Philadelphia, PA | Tax Refund - PA | 1124-000 | 20,107.08 | | 167,055.34 |
| 05/15/20 | 16 | State of Florida<br>Dept of Financial Services | Tax refund | 1124-000 | 5,835.51 | | 172,890.85 |
| 05/15/20 | 17 | Auditor State of Arkansas<br>DFA - Revenue Services<br>PO Box 1272<br>Little Rock, AR 72203-1272 | Tax Refund | 1124-000 | 300.00 | | 173,190.85 |
| 05/15/20 | 3 | Corporate Services<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674 | Other property | 1229-000 | 487.00 | | 173,677.85 |
| 06/12/20 | 4 | Wyatt<br>250 West Main Street, Ste. 1600<br>Lexington, KY 40507-1746 | Other property | 1229-002 | 517,585.02 | | 691,262.87 |
| 10/09/20 | 002001 | CIBC BANK, USA<br>c/o Michael W. McClain<br>McClain Dewees, PLLC<br>6008 Brownsboro Park Blvd, Suite H<br>Louisville, KY 40207 | Non-Estate Funds Paid to Third Pers<br>Per ORDER # 102<br>Per ORDER # 102 | 8500-002 | | 100,000.00 | 591,262.87 |
| 10/09/20 | 002002 | UNITED PARCEL SERVICE, USA<br>c/o Edward M. King<br>Frost Brown Todd, LLC<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202 | Non-Estate Funds Paid to Third Pers<br>Per ORDER # 102<br>Per ORDER # 102 | 8500-002 | | 417,585.02 | 173,677.85 |
| 12/15/20 | 18 | State of Delaware<br>Revenue Refund Account<br>820 N. French Street, 9th Fl.<br>Wilmington, DE 19801 | Tax refund | 1224-000 | 310.50 | | 173,988.35 |

PFORM24 UST Form 101-7-TDR (10/1/2010) (Page: 13)

Ver: 22.07g

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 20-30891 -JAL | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
|---|---|---|---|
| Case Name: | System Solutions of Kentucky, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0143 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5750 | | |
| For Period Ending: | 05/03/23 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/21/21 | 5 | W.M. Kelly Company, Inc.<br>620 Durgee Road<br>New Albany, IN 47150-8816 | Receipt - Settlement | 1149-000 | 7,000.00 | | 180,988.35 |
| 02/26/21 | 21 | State of Mississippi<br>Dept of Finance & Admin<br>PO Box 1060<br>Jaskson, MS 39215 | Tax Refund | 1124-000 | 27.28 | | 181,015.63 |
| 02/26/21 | 21 | State of Mississippi<br>Dept of Finance and Admin<br>PO Box 1060<br>Jackson, MS 39215 | Tax Refund | 1224-000 | 105.50 | | 181,121.13 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 180.49 | 180,940.64 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 199.79 | 180,740.85 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 193.13 | 180,547.72 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 199.36 | 180,348.36 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 192.70 | 180,155.66 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 198.91 | 179,956.75 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 198.70 | 179,758.05 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 192.07 | 179,565.98 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 198.26 | 179,367.72 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 191.65 | 179,176.07 |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 197.83 | 178,978.24 |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 197.63 | 178,780.61 |
| 02/17/22 | 15 | State of New Mexico<br>Dept, of Finance and Administration<br>PO Box 2788<br>Santa Fe, NM 87503 | Tax refund receipt | 1124-000 | 11,632.92 | | 190,413.53 |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 181.19 | 190,232.34 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 210.04 | 190,022.30 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 20-30891 -JAL | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
|---|---|---|---|
| Case Name: | System Solutions of Kentucky, LLC | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0143  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5750 |  |  |
| For Period Ending: | 05/03/23 | Blanket Bond (per case limit): | $ 2,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/02/22 |  | Axos Bank | BANK SERVICE FEE | 2600-000 |  | 203.04 | 189,819.26 |
| 05/31/22 | 002003 | Robert W. Keats<br>KEATS & SCHWIETZ, PLLC<br>P.O. Box 221377<br>Louisville, KY 40252-1377 | Atty fees - ORD # 134 | 3110-000 |  | 6,669.00 | 183,150.26 |
| 12/28/22 | 002004 | ROBERT W. KEATS, TRUSTEE<br>P.O. BOX 221377<br>LOUISVILLE, KY 40252 | Chapter 7 Compensation/Fees | 2100-000 |  | 12,887.70 | 170,262.56 |
| 12/28/22 | 002005 | ROBERT W. KEATS, TRUSTEE<br>P.O. BOX 221377<br>LOUISVILLE, KY 40252 | Chapter 7 Expenses | 2200-000 |  | 1,055.12 | 169,207.44 |
| 12/28/22 | 002006 | United States Bankruptcy Court<br>601 West Broadway<br>Louisville, KY 40202 | Claim 000001, Payment 0.04042%<br>Airgas USA LLC<br>110 West 7th Street Suite 1300<br>Tulsa, OK 74119 | 7100-001 |  | 3.04 | 169,204.40 |
| 12/28/22 | 002007 | Landstar Ligon, Inc.<br>13410 Sutton Park Dr South<br>Jacksonville, FL 32224 | Claim 000002, Payment 0.04048% | 7100-000 |  | 57.97 | 169,146.43 |
| 12/28/22 | 002008 | O'Neal Steel LLC<br>c/o Lloyd & McDaniel PLC<br>PO Box 23200<br>Louisville KY 40223-0200 | Claim 000003, Payment 0.04047% | 7100-000 |  | 19.03 | 169,127.40 |
| 12/28/22 | 002009 | AHERN RENTALS<br>1401 Mineral Ave<br>Las Vegas, NV 89106 | Claim 000004, Payment 0.04046% | 7100-000 |  | 8.67 | 169,118.73 |
| 12/28/22 | 002010 | United States Bankruptcy Court<br>601 West Broadway<br>Louisville, KY 40202 | Claim 000005, Payment 0.04054%<br>Miami Valley Steel<br>201 Fox Drive<br>Piqua, OH 45356 | 7100-001 |  | 2.00 | 169,116.73 |
| 12/28/22 | 002011 | United States Bankruptcy Court<br>601 West Broadway<br>Louisville, KY 40202 | Claim 000007, Payment 0.04047%<br>National Construction Rentals, Inc.<br>PO Box 4503<br>Pacoima, CA 91333 | 7100-001 |  | 2.90 | 169,113.83 |
| 12/28/22 | 002012 | R & M Welding Products<br>105 Willliams Way<br>Wilder, KY 41076 | Claim 000008, Payment 0.04050% | 7100-000 |  | 5.48 | 169,108.35 |
| 12/28/22 | 002013 | Old Dominion Freight Line | Claim 000010, Payment 0.04048% | 7100-000 |  | 13.46 | 169,094.89 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 20-30891 -JAL | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
|---|---|---|---|
| Case Name: | System Solutions of Kentucky, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0143 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5750 | | |
| For Period Ending: | 05/03/23 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 500 Old Dominion Way Thomasville, NC 27360 | Objection # 141 - No Supporting Documents WITHDRAWN 6/28/22 DOC # 145-supporting documents provided | | | | |
| 12/28/22 | 002014 | United States Bankruptcy Court 601 West Broadway Louisville, KY 40202 | Claim 000011, Payment 0.04054% Quality Supply & Tool 5722 S. Harding Street Indianapolis, IN 46217 | 7100-001 | | 1.66 | 169,093.23 |
| 12/28/22 | 002015 | United States Bankruptcy Court 601 West Broadway Louisville, KY 40202 | Claim 000012, Payment 0.04053% Quality Supply & Tool 5722 S. Harding Street Indianapolis, IN 46217 | 7100-001 | | 0.97 | 169,092.26 |
| 12/28/22 | 002016 | EMIT, Inc. 315 Wilhagan Rd Nashville, TN 37217 | Claim 000013, Payment 0.04047% | 7100-000 | | 138.79 | 168,953.47 |
| * 12/28/22 | 002017 | MWS METAL WELDING SERVICE INC. 4671 Cheryl Lane Kaufman, TX 75142 | Claim 000014, Payment 0.04048% | 7100-004 | | 36.53 | 168,916.94 |
| 12/28/22 | 002018 | United States Bankruptcy Court 601 West Broadway Louisville, KY 40202 | Claim 000015, Payment 0.04050% RH Management Resources Robert Half Attn: Karen Lima PO Box 5024 San Ramon, CA 94583 | 7100-001 | | 2.72 | 168,914.22 |
| 12/28/22 | 002019 | IPC Lyndon, LLC 284 Bodwell Street Avon, MA 02322 | Claim 000017, Payment 0.04048% (17-1) Work performed under subcontract | 7100-000 | | 87.72 | 168,826.50 |
| 12/28/22 | 002020 | United States Bankruptcy Court 601 West Broadway Louisville, KY 40202 | Claim 000018, Payment 0.04044% Uline PO Box 88741 Chicago, IL 60680 | 7100-001 | | 2.84 | 168,823.66 |
| * 12/28/22 | 002021 | Midwest Machine Service c/o Avery & Schuman, PLC 115 N Watterson Trail Suite 101 Louisville, KY 40243 | Claim 000019, Payment 0.04048% | 7100-004 | | 284.52 | 168,539.14 |
| 12/28/22 | 002022 | Herc Rentals Inc 27500 Riverview Center Blvd Bonita Springs, Fl 34120 | Claim 000020, Payment 0.04048% (20-1) Equipment Rental Services (20-1) N/A | 7100-000 | | 92.81 | 168,446.33 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 20-30891 -JAL | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
|---|---|---|---|
| Case Name: | System Solutions of Kentucky, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0143 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5750 | | |
| For Period Ending: | 05/03/23 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/22 | 002023 | United States Bankruptcy Court<br>601 West Broadway<br>Louisville, KY  40202 | Claim 000021, Payment 0.04038%<br>Hytrol Conveyor Co., Inc.<br>2020 Hytrol St<br>Jonesboro, AR 72401 | 7100-001 | | 2.44 | 168,443.89 |
| 12/28/22 | 002024 | EASI, LLC<br>7301 Parkway Drive<br>Hanover, MD 21076 | Claim 000022, Payment 0.04048%<br>Objection # 143 - supporting documents - provided<br>Trustee's Objection Withdrawn Doc # 147. | 7100-000 | | 60.07 | 168,383.82 |
| 12/28/22 | 002025 | COPPER STATE BOLT & NUT CO.<br>3622 N. 34th Ave<br>Phoenix, AZ 85017 | Claim 000023, Payment 0.04045% | 7100-000 | | 5.29 | 168,378.53 |
| 12/28/22 | 002026 | United States Bankruptcy Court<br>601 West Broadway<br>Louisville, KY  40202 | Claim 000024, Payment 0.04048%<br>JWilco Enterprises<br>Mooser and Associates, LLC<br>c/o Michael Hayes<br>100 Mallard Creek Road,Suite 400<br>Louisville, KY 40207 | 7100-001 | | 3.40 | 168,375.13 |
| 12/28/22 | 002027 | United States Bankruptcy Court<br>601 West Broadway<br>Louisville, KY  40202 | Claim 000025, Payment 0.04026%<br>Airgas USA LLC<br>6055 Rockside Woods Blvd<br>Independence, OH 44131 | 7100-001 | | 0.93 | 168,374.20 |
| * 12/28/22 | 002028 | Lighthouse Transportation Services, LLC<br>100 West Sixth Street<br>Covington, KY 41011 | Claim 000026, Payment 0.04048%<br>Relief from stay and abandonment ORDER # 94 | 7100-004 | | 287.83 | 168,086.37 |
| 12/28/22 | 002029 | United States Bankruptcy Court<br>601 West Broadway<br>Louisville, KY  40202 | Claim 000027, Payment 0.04068%<br>FedEx Corporate Services, Inc<br>3965 Airways Blvd, Module G, 3rd Fl<br>Memphis, TN 38116-5017 | 7100-001 | | 0.42 | 168,085.95 |
| 12/28/22 | 002030 | United States Bankruptcy Court<br>601 West Broadway<br>Louisville, KY  40202 | Claim 000028, Payment 0.04047%<br>LEAF<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 | 7100-001 | | 3.68 | 168,082.27 |
| 12/28/22 | 002031 | Fabtration LLC<br>562 Maplewood Blvd.<br>Georgetown, IN 47122 | Claim 000029, Payment 0.04048% | 7100-000 | | 48.49 | 168,033.78 |
| 12/28/22 | 002032 | CIBC Bank USA<br>Attn: Hugh Wilder<br>120 LaSalle Street<br>Chicago, Il 60603 | Claim 000030, Payment 0.04048%<br>Amount of unsecured claim adjusted per Order # 177 om 11/28/2022. Pre pet. loan unsecured portion. | 7100-000 | | 9,583.11 | 158,450.67 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 20-30891 -JAL | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
|---|---|---|---|
| Case Name: | System Solutions of Kentucky, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0143 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5750 | | |
| For Period Ending: | 05/03/23 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/22 | 002033 | Ridley Excavating, Inc.<br>c/o John Opdenaker<br>PO Box 412<br>Glen Mills, PA 19342 | Claim 000031, Payment 0.04048% | 7100-000 | | 47.77 | 158,402.90 |
| 12/28/22 | 002034 | Fast Global Solutions<br>20631 State Hwy 55<br>Glenwood, MN 56334-0231 | Claim 000032, Payment 0.04045% | 7100-000 | | 6.55 | 158,396.35 |
| 12/28/22 | 002035 | Stock Manufacturing and Design Co<br>c/o W. Timothy Miller, Taft Law<br>425 Walnut Street Suite 1800<br>Cincinnati, OH 45202 | Claim 000033, Payment 0.04048% | 7100-000 | | 110.52 | 158,285.83 |
| 12/28/22 | 002036 | CL Rieckoff<br>26265 Northline Rd<br>Taylor, MI 48180 | Claim 000034, Payment 0.04048% | 7100-000 | | 44.59 | 158,241.24 |
| 12/28/22 | 002037 | LLR ELECTRIC, INC.<br>4802 E Ray Rd Ste 23 PMB 209<br>Phoenix, AZ 85044 | Claim 000036, Payment 0.04048%<br>(36-1) see attachment<br>Relief from stay and abandonment ORDER # 131 | 7100-000 | | 732.79 | 157,508.45 |
| 12/28/22 | 002038 | Intralox, L.L.C.<br>c/o John W. Joyce<br>Barrasso Usdin LLC<br>909 Poydras Street, Suite 2350<br>New Orleans, LA 70112 | Claim 000037, Payment 0.04048% | 7100-000 | | 612.49 | 156,895.96 |
| 12/28/22 | 002039 | Alliant Technologies<br>2080 Nelson Miller Pkwy<br>Louisville, KY 40223 | Claim 000038, Payment 0.04048% | 7100-000 | | 447.19 | 156,448.77 |
| 12/28/22 | 002040 | Mode Transportation, LLC<br>6077 Primacy Parkway, Suite 400<br>Memphis, TN 38119 | Claim 000039, Payment 0.04047%<br>(39-1) Services performed<br>(transportation and logistics services) | 7100-000 | | 126.84 | 156,321.93 |
| 12/28/22 | 002041 | United Parcel Service, Inc.<br>55 Glenlake Pkwy NE<br>Atlanta, GA 30328 | Claim 000040, Payment 0.04048%<br>(40-1) Breach of contract. | 7100-000 | | 31,321.93 | 125,000.00 |
| 12/28/22 | 002042 | CIBC Bank USA<br>Attn: Hugh Wilder<br>120 LaSalle St.<br>Chicago, IL 60603 | Claim 48, Payment 100.00000%<br>Chapter 7 loan settlement approved per Order # 177 on 11/28/22 | 4220-000 | | 125,000.00 | 0.00 |
| * 04/07/23 | 002017 | MWS METAL WELDING SERVICE | Stop Payment Reversal | 7100-004 | | -36.53 | 36.53 |

FORM 2
Page: 7
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No: | 20-30891 -JAL | Trustee Name: | ROBERT W. KEATS, TRUSTEE |
|---|---|---|---|
| Case Name: | System Solutions of Kentucky, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0143 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5750 | | |
| For Period Ending: | 05/03/23 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | INC.<br>4671 Cheryl Lane<br>Kaufman, TX 75142 | STOP PAYMENT | | | | |
| * 04/07/23 | 002021 | Midwest Machine Service<br>c/o Avery & Schuman, PLC<br>115 N Watterson Trail Suite 101<br>Louisville, KY 40243 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -284.52 | 321.05 |
| * 04/07/23 | 002028 | Lighthouse Transportation Services, LLC<br>100 West Sixth Street<br>Covington, KY 41011 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -287.83 | 608.88 |
| 04/13/23 | 002043 | US BANKRUPTCY COURT CLERK<br>450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, Kentucky 40202 | Unclaimed Funds Turned Over to Cour<br>Unclaimed Funds Turned Over to Court<br>Original Check # 2021 to Midwest Machine Service not cashed in 90 days. | 7100-001 | | 284.52 | 324.36 |
| 04/13/23 | 002044 | US BANKRUPTCY COURT CLERK<br>450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, Kentucky 40202 | Unclaimed Funds Turned Over to Cour<br>Unclaimed Funds Turned Over to Court<br>Original Check # 2028 for Lighthouse Transportation Services, Claim # 26, uncashed within 90 days. | 7100-001 | | 287.83 | 36.53 |
| 04/21/23 | 002045 | US BANKRUPTCY COURT CLERK<br>450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, Kentucky 40202 | Unclaimed Funds Turned Over to Cour<br>Unclaimed Funds Turned Over to Court<br>MWS Metal Welding - Check # 2017<br>Not cashed in 90 days following initial issue on 12/28/2022 | 7100-001 | | 36.53 | 0.00 |

Total Of All Accounts     0.00